UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br><br>  Defendants. | No. 4:23-cv-00044<br><br>**NOTICE OF REMOVAL**<br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

Defendants City of Newton, Iowa ("City"), Rob Burdess, Nathan Winters, and Christopher Wing (collectively "Defendants") hereby remove this action from the District Court for Jasper County, Iowa to this Court. In support of their Notice of Removal, Defendants state as follows:

1.      Defendants file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446. This Notice of Removal is being filed with this Court within thirty (30) days of service of process on Defendants. 28 U.S.C. §1446(b).

2.      Plaintiff Tayvin Galanakis commenced this action against Defendants in the District Court for Jasper County, Iowa by filing a Petition and Jury Demand, styled *Tayvin Galanakis, vs. City of Newton, Iowa, Rob Burdess, Nathan Winters, Christopher Wing, individually and in their official capacities with the Newton Police Department,* Case No. LACV123038. Service was effected on Defendants on January 13, 2023.

3. Plaintiff's Petition alleges claims of deprivation of civil rights in violation of the Fourth and Fourteenth Amendments to the United States Constitution, 42 U.S.C. § 1983, and the Iowa Constitution Article I, section 8.

4. 28 U.S.C. § 1441(a) authorizes the removal of a civil action from state court to federal district court, provided that the federal district court to which the action is removed has original jurisdiction over the action.

5. 28 U.S.C. § 1331 provides that "[t]he district courts shall have jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States." Pursuant to 28 U.S.C. § 1331, this Court possesses original jurisdiction over Plaintiff's constitutional claims.

6. 28 U.S.C. § 1367(a) provides that "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

7. A federal district court obtains and is vested with supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367(a) when the state law claims "arise from the same nucleus of operative fact as the plaintiff's federal claims and when the plaintiff would ordinarily be expected to try all the claims in one judicial proceeding." *Cossette v. Minnesota Power & Light,* 188 F.3d 964, 973 (8th Cir. 1999).

8. Pursuant to 28 U.S.C. § 1367(a), this Court possesses supplemental jurisdiction over Plaintiff's state law claims because they arise from the same nucleus of operative fact as Plaintiff's claims under 42 U.S.C. § 1983, the Fourth Amendment, and the Fourteenth Amendment.

9. Attached hereto as <u>Exhibit A</u> is a Statement Pursuant to Local Rule 81(a), which includes copies of all the pleadings filed with the District Court for Jasper County, Iowa in this action.

10. Attached hereto as <u>Exhibit B</u> is the Notice of Filing Notice of Removal being filed with the Clerk of the District Court for Jasper County, Iowa.

WHEREFORE, Defendants City of Newton, Iowa ("City"), Rob Burdess, Nathan Winters, and Christopher Wing hereby remove this action to this Court and request that this Court assume jurisdiction over this action and proceed to final determination thereof.

Respectfully submitted,

<u>/s/Matthew S. Brick</u>
Matthew S. Brick (AT0001081)
Erin M. Clanton (AT0002592)
BRICK GENTRY, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
(515) 274-1450
(515) 274-1488 (Fax)
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com

Counsel for Defendants
CITY OF NEWTON, ROB BURDESS,
NATHAN WINTERS and CHRISTOPHER
WING

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, I hereby certify that on February 2, 2023, a true copy of this **NOTICE OF REMOVAL** was served via U.S. Mail, postage paid, upon the following party who is not yet a CM/ECF registrant:

        Mathew M. Boles
        Adam C. Witosky
        GRIBBLE, BOLES, STEWART &
        WITOSKY LAW
        2015 Grand Avenue, Suite 200
        Des Moines, Iowa 50312
        mboles@gbswlaw.com
        awitosky@gbswlaw.com
        Counsel for Plaintiff

        /s/Matthew S. Brick
        Matthew S. Brick (AT0001081)
        BRICK GENTRY, P.C.
        6701 Westown Parkway, Suite 100
        West Des Moines, IA 50266
        (515) 274-1450
        (515) 274-1488 (Fax)
        matt.brick@brickgentrylaw.com

        Counsel for Defendants
        CITY OF NEWTON, ROB BURDESS,
        NATHAN WINTERS and CHRISTOPHER
        WING