IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | |
|---|---|
| TAYVIN GALANAKIS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department, <br><br> Defendants. | Case No.: LACV123038 <br><br><br> **NOTICE OF FILING NOTICE OF REMOVAL** |

To:  Clerk
District Court for Jasper County, Iowa
Jasper County Courthouse
101 1st Street
Newton, IA 50208

Mathew M. Boles
Adam C. Witosky
GRIBBLE, BOLES, STEWART & WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
mboles@gbswlaw.com
awitosky@gbswlaw.com
Counsel for Plaintiff

PLEASE TAKE NOTICE THAT on February 2, 2023, Defendants City of Newton, Iowa, Rob Burdess, Nathan Winters, and Christopher Wing (collectively, "Defendants") filed a timely Notice of Removal of this action from the District Court for Jasper County, Iowa, to the United States District Court for the Southern District of Iowa, Central Division. A copy of Defendants' Notice of Removal is hereby served upon you.

**EXHIBIT B**

Pursuant to 28 U.S.C. §1446(d), the District Court for Jasper County, Iowa shall proceed no further in this matter unless and until this action is remanded to this Court.

Respectfully submitted,

/s/Matthew S. Brick
Matthew S. Brick (AT0001081)
Erin M. Clanton (AT0002592)
BRICK GENTRY, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
(515) 274-1450
(515) 274-1488 (Fax)
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com

Counsel for Defendants
CITY OF NEWTON, IOWA, ROB BURDESS,
NATHAN WINTERS and CHRISTOPHER WING

Original e-filed; copy to:

Mathew M. Boles
Adam C. Witosky
GRIBBLE, BOLES, STEWART & WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
mboles@gbswlaw.com
awitosky@gbswlaw.com
Counsel for Plaintiff

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on February 2, 2023, by:

| _____ Email   | _____ Hand Delivery |
| _____ Fax     | _____ Overnight     |
| _____ U.S. Mail | __X__ EDMS        |

Signature: /s/ Katherine Hanson

---

2