IN THE DISTRICT COURT FOR JASPER COUNTY

| **ORDER OF PROTECTION**<br><br>This order can be verified during business hours with Jasper County Clerk of Court at (641)792-3255 or with the Jasper County Sheriff at (641)792-5912 or | **05501 DACV122471**<br>Judge: McCall<br>County **JASPER** State **IOWA**<br><br>**TEMPORARY PROTECTIVE ORDER**<br>(Section 236.3 Petition)<br><br>**ISSUE DATE: 08/19/21** |
|---|---|
| **PETITIONER/PROTECTED PARTY:**<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>VS. | Other Protected Persons: |
| **RESPONDENT/DEFENDANT:**<br>**NATHAN MICHAEL WINTERS** | RESPONDENT Date of Birth<br>Address for Respondent (not shared with Protected Party) |

### THE COURT HEREBY FINDS:
It has jurisdiction over the parties and subject matter. **Additional findings are set forth below.**

### THE COURT HEREBY ORDERS:
The above named Respondent is restrained from committing further acts of abuse or threats of abuse. The above named Respondent is restrained from any contact with the Petitioner/Protected Party. **Additional terms of this order and exceptions to the above provisions are as set forth below.**

This order is effective upon service on Respondent. It shall remain in effect until modified, terminated or superseded by a later written order, or until the dismissal of the case, but in no event for more than one year.

### WARNINGS TO RESPONDENT:
**This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, and U. S. Territory, and any tribal jurisdiction. 18 U.S. C 2265. Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment. 18 U.S.C. 2262. Only the court can change this order.**

### NOTICE FOR LAW ENFORCEMENT:

| **CAUTION : ☑** | **If checked,**<br>**FIREARMS WARNING**<br>**for Law Enforcement** | The Respondent will be provided with reasonable notice and opportunity to be heard. See page 2, paragraph 8. |
|---|---|---|

The court has considered the petition for Relief from Domestic Abuse and finds that a temporary protective order under Iowa Code section 236.4(2) is necessary to protect the Protected Party named above.

Therefore, the court ORDERS as follows:

* Respondent shall not threaten, assault, stalk, molest, attack, harass, or otherwise abuse the Protected Party. Respondent shall not use, or attempt to use, or threaten to use physical force against the protected party that would reasonably be expected to cause bodily injury.

   * Respondent shall stay away from the protected party and shall not be in that party's presence except in a courtroom during court hearings.
   * Respondent shall not communicate with the protected party in person or through any means including third persons. This restriction shall not prohibit communication through legal counsel.
   * The Protected Party shall have exclusive possession of the residence located at ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Respondent shall not go to, enter, occupy or remain in that residence or any other residence in which the Protected Party is staying, under any circumstance.
   Respondent shall turn over to the sheriff all devices that allow access or entry to the residence or outbuildings (for example, keys or garage openers).

Unless modified by order filed in this proceeding or in a juvenile court proceeding affecting the same children, this temporary order shall prevail over any other existing custody order. The issue of visitation will be addressed at the hearing mentioned below. Until such time, respondent shall not contact these children and shall not contact the Protected Party about visitation.

* The parties have no children together.

   * **A RESPONDENT WHO VIOLATES THIS ORDER FACES IMMEDIATE ARREST.** Violation may occur even if the Protected Party consents to conduct that is prohibited by this order. Only the court can relieve respondent from the restrictions contained in this order.
   * A hearing on **Domestic Abuse is scheduled on 08/31/2021 at 10:30 AM at the Jasper Co. Courthouse, 101 1st ST N, RM 305 Newton IA 50208.** , to decide if a final protective order should be entered. Failure of the Respondent to appear may result in a final protective order being entered against the Respondent. Failure of the Protected Party to appear may result in the case being dismissed. Each party has the right to be represented by an attorney at this hearing. The parties shall bring copies of any existing child custody orders to the hearing.
   * The court finds, pursuant to Iowa Code section 236.10, that to protect the safety or privacy of the Protected Party and/or the Protected Party's children, the clerk of court shall until further order of the court:
seal the entire file from public access, other than court orders and child support payment records.
   The indices available at the clerk's office or through Iowa Courts Information System (ICIS) shall remain open.

   * <u>The Respondent may be required to relinquish all firearms, offensive weapons, and ammunition upon issuance of a permanent protective order.</u>

☑ The Jasper County Sheriff or any other law enforcement agency or any other person authorized to effect personal service shall serve and return service upon the respondent, the petition/motion and this order at least two days before the hearing.
☑ The Clerk of Court shall provide copies of this order to the parties and law enforcement agencies, pursuant to Iowa Code sections 236.5(5) and 664A.4.

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing

or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

5RDA01

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**



State of Iowa Courts

**Case Number**  **Case Title**
DACV122471  COURTNEY VIOLA VANDERHART VS' NATHAN MICHAEL WINTERS
**Type:**  TEMPORARY PROTECTIVE ORDER

So Ordered

*[signature]*

Brad McCall, District Court Judge,
Fifth Judicial District of Iowa

Electronically signed on 2021-08-19 11:33:32

| ORDER OF PROTECTION | 05501  DACV122471 |
|---|---|
| This order can be verified during business hours with **Jasper County Clerk of Court at (641)792-3255** or at any time with the **Jasper County Sheriff at (641)792-5912** | Judge: **Richard B Clogg** <br> County **JASPER** State **IOWA** <br><br> **PROTECTIVE ORDER BY CONSENT AGREEMENT** (Section 236.3 Petition) <br><br> **ISSUE DATE: 10/01/21** |
| **PETITIONER/PROTECTED PARTY:** ▇▇▇▇▇▇▇▇▇▇▇▇ <br><br> VS. | Other Protected Persons: |
| **RESPONDENT/DEFENDANT:** <br> NATHAN MICHAEL WINTERS | RESPONDENT Date of Birth ▇▇▇ <br> Address for Respondent (not shared address with Protected Party) |
| **CAUTION:** ☐     If checked, FIREARMS **WARNING for Law Enforcement** | ▇▇▇▇▇▇ |

**THE COURT HEREBY FINDS:**
It has jurisdiction over the parties and subject matter and the respondent has been provided with reasonable notice and opportunity to be heard. **Additional findings are set forth below.**

**THE COURT HEREBY ORDERS:**
The above named Respondent is restrained from committing further acts of abuse or threats of abuse. The above named Respondent is restrained from any contact with the Petitioner/Protected Party. **Additional terms of this order and exceptions to the above provisions are as set forth below.**

This order shall remain in effect until **October 1, 2022** unless it is modified, terminated, extended, or superseded by written order of the court, or until the dismissal of the case.

**WARNINGS TO RESPONDENT:**
**This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, and U. S. Territory, and any tribal jurisdiction. 18 U.S.C. 2265. Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment. 18 U.S.C. 2262. Only the court can change this order.**

**Federal and state laws provide penalties for possessing, transporting, shipping, or receiving any firearm or ammunition. (18 U.S. C. 992(g)(8)); Iowa Code Section 724.26(2)(a).**

**Only the court can change this order.**

On 10/01/21, a hearing was held on the Petition for relief from domestic Abuse. The following persons were present and participated in the hearing: (▇▇▇▇▇▇▇▇▇▇▇▇) and **Nathan Michael Winters** ad counsel of record for each party..

The court FINDS by a preponderance of the evidence:
(1) Respondent was personally served with a copy of the petition and the temporary protective order containing notice of this hearing.
(2) The parties appeared and each consented to the entry of this order

Therefore, pursuant to Iowa Code Chapter 236, the court ORDERS as follows:
1. Respondent shall not threaten, assault, stalk, molest, attack, harass or otherwise abuse the protected party. Respondent shall not use, or attempt to use, or threaten to use physical force against the protected party that would reasonably be expected to cause bodily injury.
2. Respondent shall not communicate with the protected party in person or through any means including third persons. This restriction shall not prohibit communication through legal counsel.
3. The protected party shall have exclusive possession of the residence located at ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Respondent shall not go to, enter, occupy or remain in that residence or any other residence in which the protected party is staying, under any circumstance.

4. Additional Provisions are as follows:
Nothing in this Order prohibits the Repondent from conducting official police business. However, the Respondent shall not enter the dispatch room if the parties are on duty at the same time. Respondent shall have no contact with Protected Party other than emergency radio contact.
 seal the entire file from public access, other than court orders and child support payment records.

Respondent was personally served with a copy of this order by the court.

The clerk of court shall provide copies of this order to the parties and law enforcement agencies, pursuant to Iowa Code sections 236.5(5) and 664A.4.


5RDA03

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**



State of Iowa Courts

**Case Number**  **Case Title**
DACV122471      COURTNEY VIOLA VANDERHART VS' NATHAN MICHAEL
                WINTERS
**Type:**       PROTECTIVE ORDER

So Ordered

Richard B. Clogg, District Court Judge,
Fifth Judicial District of Iowa

Electronically signed on 2021-10-01 10:17:27

| **ORDER OF PROTECTION AMENDED**<br><br>This order can be verified during business hours with **Jasper County Clerk of Court at (641)792-3255** or at any time with the **Jasper County Sheriff at (641)792-5912** | 05501 DACV122471<br>Judge: Richard B Clogg<br>County **JASPER** State **IOWA**<br><br>**CANCELLATION, MODIFICATION, OR EXTENSION OF CHAPTER 236 ORDER**<br><br>**ISSUE DATE: 10/13/21** |
|---|---|
| **PETITIONER/PROTECTED PARTY:**<br>■■■■■■■■■■■■■■■■■ | Other Protected Persons: |
| VS. | |
| **RESPONDENT/DEFENDANT:**<br>NATHAN MICHAEL WINTERS | RESPONDENT Date of Birth<br>■■■■■ |
| **CAUTION:** ☐   If checked, **FIREARMS WARNING** for Law Enforcement | Address of Respondent (not shared address with Protected Party)<br>■■■■■■■■ |

**THE COURT HEREBY FINDS:**
It has jurisdiction over the parties and subject matter and the respondent has been provided with reasonable notice and opportunity to be heard. **Additional findings are set forth below.**

**THE COURT HEREBY ORDERS:**
   (see below)
   **This modified order expires on: October 1, 2022**

**Only the court can change this order.**

On 10/13/21, this matter comes before the court regarding the Chapter 236 Consent order entered on **October 1, 2021**.
The following persons were present and participated in the hearing:
Modified by consent of the parties and court.

The Court FINDS that:
**The Protected Order by Consent Agreement should be modified as set forth herein.**

The Court **ORDERS** as follows:
The order is **modified** as follows:
The following is removed from the Order: " **However, the Respondent shall not enter the dispatch room if the parties are on duty at the same time. Respondent shall have no contact with the Protected Party other than emergency radio contact."** The following is added to the Order: **"Respondent shall call dispatch only for official police purposes if the Protected Party is on duty. Respondent may only enter the building through the jail when the Protected Party is on duty."**

The modification is effective immediately.

To the extent not inconsistent herewith, the prior protective order shall also remain in force.

The clerk of court shall reflect this change in status on the domestic abuse registry and shall notify law enforcement regarding this order.

☑ The Jasper County Sheriff, or any other law enforcement agency or any other person authorized to effect personal service shall serve and return service upon the respondent.
☐ Respondent was personally served with a copy of this order by the court.
☑ The Clerk of Court shall provide copies of this order to the parties and law enforcement agencies, pursuant to Iowa Code sections 236.5(5) and 664A.4.
Copies to: ███████████████████████

5RDA04

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**



State of Iowa Courts

**Case Number**  **Case Title**
DACV122471      COURTNEY VIOLA VANDERHART VS' NATHAN MICHAEL
                WINTERS
**Type:**       ORDER TO MODIFY PROTECTIVE/NO CONTACT ORDER

So Ordered

Richard B. Clogg, District Court Judge,
Fifth Judicial District of Iowa

Electronically signed on 2021-10-13 12:51:39

E-FILED          DACV122471 - 2023 FEB 22 03:35 PM         JASPER
                 CLERK OF DISTRICT COURT                   Page 1 of 3

Rule 4.200--Form 4.203: *Cancellation, Modification, or Extension of Protective Order--Domestic Abuse (Iowa Code chapter 236)*

| | |
|---|---|
| **Cancellation, Modification, or Extension of Protective Order--Domestic Abuse** Iowa Code chapter 236 | 05501  DACV122471 Judge Terry Rickers **County JASPER   State IOWA** Issue Date 02/22/23 |

To verify this order during business hours, contact the JASPER County Clerk of Court office at (641) 792-3255, or anytime with the JASPER County Sheriff's Office at (641) 792-5912.

| **Plaintiff or Protected Person** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ v. **Defendant** NATHAN MICHAEL WINTERS **CAUTION:** ☐ If checked, **FIREARMS WARNING for Law Enforcement** | **Other Protected Persons** *use initials and birth year for minor children* Defendant's date of birth ▉▉▉ Defendant's address *cannot be same as Plaintiff's or Protected Person's address* ▉▉▉▉▉▉▉ |

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

## The court finds
The court has jurisdiction over the parties and the subject matter.  Defendant was provided with actual notice of this hearing and an opportunity to participate. **Additional findings are below.** This order is in effect upon service on Defendant.

## Notice to Defendant
1. This order is enforceable in every state, U.S. Territory, tribal jurisdiction, and the District of Columbia.  Violating this order outside the State of Iowa may result in federal imprisonment. 18 U.S.C. section 2262.
2. **Federal and Iowa felony criminal penalties for possessing, transporting, shipping, or receiving any firearms, offensive weapons, or ammunition apply as long as a qualifying protective order is in effect.** 18 U.S.C. sections 922(d)(8), (g)(8); Iowa Code section 724.26(2).

## The court orders
The Protective Order is **extended** to **February 22, 2024**.

## Notice for law enforcement
Any peace officer with probable cause to believe Defendant has violated this order **must** immediately arrest Defendant.  Iowa Code sections 236.11(1).


The court enters this order on whether to cancel, modify, or extend the Iowa Code chapter 236 Protective Order issued on OCTOBER 1, 2021.
With hearing. The court held a hearing regarding the request. Participating in the hearing were:
  Plaintiff or Protected Person

With attorney representation.
Defendant
With attorney representation.

**Following commencement of the hearing, the parties informed the Court that they were willing to extend the existing protective order by consent. This consent order is entered without any findings regarding the Petitioner's allegations in this case. Nothing in this order prohibits the Respondent/Defendant from conducting official police business. Respondent/Defendant shall call dispatch only for official police purposes if the Protected Party is on duty. Respondent/Defendant may only enter the building through the jail when the Protected Party is on duty. These determinations are hereby incorporated into the additional findings and order set forth below.**

## The court finds

> Defendant was personally served with a copy of the Request to Cancel, Modify, or Extend an Iowa Code chapter 236 Protective Order containing notice of the date and time of this hearing.

## The court orders

The Iowa Code chapter 236 Protective Order as issued on OCTOBER 1, 2021 is **extended** to FEBRUARY 22, 2024.
Court costs are waived.
The clerk of court will reflect this change in status on the IOWA System (the protective and no contact order registry) and notify law enforcement regarding this order.
The clerk of court will provide copies of this order to Plaintiff, Defendant, any counsel of record, the Jasper County Sheriff in the county where Defendant resides, and the 24-hour dispatcher in the county where Defendant resides required by Iowa Code sections 236.5(6) and 664A.4. If the Jasper County Sheriff determines that Defendant resides in another county, the Jasper County Sheriff will send the order to the County Sheriff where Defendant resides for service of the order.

**Both parties were served with a copy of this order by the Court.**

YDA203

E-FILED          DACV122471 - 2023 FEB 22 03:35 PM          JASPER
                 CLERK OF DISTRICT COURT                    Page 3 of 3



State of Iowa Courts

**Case Number**  **Case Title**
DACV122471       COURTNEY VIOLA VANDERHART VS' NATHAN MICHAEL
                 WINTERS
**Type:**        Order GRANTING Motion to Extend Protective Order/NCO

So Ordered

Terry Rickers, District Court Judge,
Fifth Judicial District of Iowa

Electronically signed on 2023-02-22 15:35:09