# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **TAYVIN GALANAKIS,**  Plaintiff/Counterclaim Defendant, vs.  **CITY OF NEWTON, IOWA, et al.,**  Defendants/Counterclaim Plaintiff. | **CASE NO. 4:23-cv-00044**  **PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS UNDER FED. R. CIV. P. 12(b)(6)** |

**COMES NOW** the Plaintiff/Counterclaim Defendant and for this Motion to Dismiss Counterclaims Under Fed. R. Civ. P. 12(b)(6) states as follows:

1. This matter was removed to this Court from the Iowa District Court for Jasper County on February 2, 2023.

2. On February 9, 2023, Defendants filed two separate Answers, one for the City of Newton and Newton Chief of Police Rob Burdess, and one for Officers Nathan Winters and Christopher Wing, though all are represented by the same counsel.

3. Officers Winters and Wing's Answer included the following counterclaims: I and II – Defamation; III and IV – Filing a False Complaint in violation of Iowa Code §80F.13; V and VI – Intentional Infliction of Emotional Distress; and VII and VIII – Invasion of Privacy.

4. As each of these fails to state a claim, at least in part, dismissal is required under Fed. R. Civ. P. 12(b)(6).

5. A brief in support of this Motion is being filed contemporaneously.

**WHEREFORE,** the Plaintiff/Counterclaim Defendant prays this Court grant this Motion to Dismiss Counterclaims Under Fed. R. Civ. P. 12(b)(6), issue an Order dismissing counterclaims I – VIII, and for any additional relief in Plaintiff/Counterclaim Defendant's favor found to be just and necessary.

**GRIBBLE, BOLES, STEWART & WITOSKY LAW**

BY: */s/ Matthew Boles*

| | |
|---|---|
| Matthew M. Boles | AT0001037 |
| Adam C. Witosky | AT0010436 |

2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Facsimile:  (515) 243-3696
Email:      mboles@gbswlaw.com
            awitosky@gbswlaw.com

**ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on March 3, 2023.  Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties are able to view and download the presented or filed document.

*/s/ Tami Fairchild*