UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS,<br>NATHAN WINTERS, CHRISTOPHER WING,<br>individually and in their official capacities with the<br>Newton Police Department<br><br>      Defendants.<br><br> <br><br>NATHAN WINTERS and CHRISTOPHER<br>WING,<br><br>      Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br><br>      Plaintiff/Counterclaim Defendant. | NO.  4:23-cv-00044<br><br><br><br><br><br>*APPEARANCE* |

COMES NOW the undersigned and enters their appearance for and on behalf of the Defendants/ City of Newton, Iowa, Rob Burdess, Nathan Winters and Christopher Wing, individually and in their official capacities with the Newton Police Department and Counterclaim Plaintiffs. Nathan Winters and Christopher Wing.

Respectfully submitted,

BRICK GENTRY PC


By:      */s/     Douglas A. Fulton*
              Douglas A. Fulton, AT0002672
              Matthew S. Brick (AT0001081)
              Erin M. Clanton (AT0002592
              6701 Westown Parkway, Suite 100
              West Des Moines, IA  50266
              Telephone:  (515) 274-1450
              Fax:  (515) 274-1488
              E-Mail:  douglas.fulton@brickgentrylaw.com
              E-mail:   matt.brick@brickgentrylaw.com
              Email: erin.clanton@brickgentrylaw.com

ATTORNEYS FOR DEFENDANTS, CITY OF NEWTON,
ROB BURDESS, NATHAN WINTERS & CHRISTOPHER
WING AND COUNTERCLAIM PLAINTIFFS NATHAN
WINTERS AND CHRISTOPHER WING

Original Efiled.

Copy to:

Mathew M. Boles
Adam C. Witosky
GRIBBLE, BOLES, STEWART &
 WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, IA  50312
ATTORNEYS FOR PLAINTIFF/
COUNTERCLAIM DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, a true copy of this **APPEARANCE** was served upon the following parties via CM/ECF notification:

> Mathew M. Boles
> Adam C. Witosky
> GRIBBLE, BOLES, STEWART &
> WITOSKY LAW
> 2015 Grand Avenue, Suite 200
> Des Moines, Iowa 50312
> mboles@gbswlaw.com
> awitosky@gbswlaw.com
> Counsel for Plaintiff/Counterclaim Defendant

> /s/     *Douglas A. Fulton*
> Douglas A. Fulton, AT0002672
> BRICK GENTRY, P.C.
> 6701 Westown Parkway, Suite 100
> West Des Moines, IA 50266
> (515) 274-1450
> (515) 274-1488 (Fax)
> matt.brick@brickgentrylaw.com

> ATTORNEYS FOR DEFENDANTS, CITY OF NEWTON,
> ROB BURDESS, NATHAN WINTERS & CHRISTOPHER
> WING AND COUNTERCLAIM PLAINTIFFS NATHAN
> WINTERS AND CHRISTOPHER WING