UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS, <br><br>     Plaintiff, <br><br> v. <br><br> CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department, <br><br>     Defendants. <br><br> ──────────────── <br><br> NATHAN WINTERS and CHRISTOPHER WING, <br><br>     Defendants/Counterclaim Plaintiffs, <br><br> v. <br><br> TAYVIN GALANAKIS, <br><br>     Plaintiff/Counterclaim Defendant. | No. 4:23-cv-00044 <br><br><br><br><br> **DEFENDANTS'/COUNTERCLAIM PLAINTIFFS' RESISTANCE TO PLAINTIFF'S/COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS** |

COMES NOW, the Defendants/Counterclaim Plaintiffs Nathan Winters, and Christopher Wing (collectively "Defendant Officers"), by and through the undersigned counsel, and in support for their Resistance to Plaintiff's/Counterclaim Defendant's ("Plaintiff") Motion to Dismiss hereby states as follows:

1.     This matter arose when Plaintiff filed a Petition before the Iowa District Court for Jasper County.

2.     This matter was removed to this Court on February 2, 2023.

3.      On February 9, 2023, Defendants/Counterclaim Plaintiffs filed their Answer and Defendant Officers filed a Counterclaim including counts for defamation, filing a false complaint in violation of Iowa Code § 80F.1, intentional inflection of emotional distress, and invasion of privacy.

4.      On March 3, 2023, Plaintiff filed a Motion to Dismiss, supported by a Brief, which asserts that each and every count within the Counterclaim fails to state a claim.

5.      Pursuant to Federal Rule of Civil Procedure 8, each and every count within the Counterclaim states a cause of action under the relevant law.

6.      In support of this Resistance, a brief is being filed contemporaneously.

WHEREFORE, Defendant Officers request that the Court deny Plaintiff's Motion to Dismiss in its entirety and afford them the costs of defending said motion, including attorney's fees and expenses, be assessed against Plaintiff.

Respectfully submitted,

By:   _/s/ Matthew S. Brick_
        Matthew S. Brick, AT0001081
        Erin M. Clanton, AT0002592
        Douglas A. Fulton, AT0002672
        **BRICK GENTRY, P.C.**
        6701 Westown Parkway, Suite 100
        West Des Moines, IA 50266
        T: (515) 274-1450
        F: (515) 274-1488
        matt.brick@brickgentrylaw.com
        erin.clanton@brickgentrylaw.com
        doug.fulton@brickgentrylaw.com

        Counsel for Defendants
        CITY OF NEWTON, ROB BURDESS,
        NATHAN WINTERS and CHRISTOPHER
        WING

Counsel for Counterclaim Plaintiffs
NATHAN WINTERS and CHRISTOPHER
WING

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, pursuant to Local Rule 5A(k), will send a notice of electronic filing to the parties of record, including:

> Matthew M. Boles
> Adam C. Witosky
> GRIBBLE, BOLES, STEWART &
> WITOSKY LAW
> 2015 Grand Avenue, Suite 200
> Des Moines, Iowa 50312
> mboles@gbswlaw.com
> awitosky@gbswlaw.com
> Counsel for Plaintiff/Counterclaim Defendant

*/s/     Matthew S. Brick*
                Matthew S. Brick, AT0001081