# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| TAYVIN GALANAKIS, | * | CIVIL NO. 4:23-cv-00044-SHL-SBJ |
| Plaintiff, | * | |
| v. | * | |
| | * | **SCHEDULING AND** |
| CITY OF NEWTON, IOWA; | * | **TRIAL SETTING ORDER** |
| ROB BURDESS; NATHAN WINTERS; | * | |
| and CHRISTOPHER WING, | * | |
| Defendants. | * | |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on March 16, 2023. Based on the discussions during the conference and the parties' proposed schedule (Dkt. 8), it is hereby ordered:

1. A Jury Trial will be set to begin on May 13, 2024, at 9:00 a.m., before United States District Judge Stephen H. Locher, in the United States Courthouse, Des Moines, Iowa. The parties estimate trial will take 5 days.

2. A Final Pretrial Conference will be held on April 25, 2024, at 11:30 a.m., in the United States Courthouse, Des Moines, Iowa, before United States District Judge Stephen H. Locher.

3. The parties must exchange initial disclosures by March 30, 2023.

4. Motions to add parties must be filed by May 12, 2023.

5. Motions for leave to amend pleadings must be filed by May 12, 2023.

6. Plaintiff must designate expert witnesses and disclose their written reports by June 13, 2023.

7. Defendants must designate expert witnesses and disclose their written reports by August 11, 2023.

8. Plaintiff must designate rebuttal expert witnesses and disclose their written reports by September 13, 2023.

9. Discovery must be completed by November 13, 2023. Written discovery must be propounded so that the time for response is not later than this date.

10. Dispositive motions must be filed by December 13, 2023.

IT IS SO ORDERED.

Dated March 21, 2023.

_____
STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE