## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:23-cv-00044-SHL-SBJ : Clerk's Court Minutes – Motion Hearing

___

| Plaintiff(s) | Defendant(s) |
|---|---|
| Tayvin Galanakis | City of Newton, Iowa; Rob Burdess; Nathan Winters; and Christopher Wing |

___

Plaintiff(s) Counsel: Adam Clifford Witosky

Defendant(s) Counsel: Douglas A. Fulton

Court Reporter: Tonya Gerke : Interpreter: N/A

___

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Plaintiff's Motion to Dismiss Counterclaims [4] | | : | X |

___

Proceedings:

Court is in session with counsel personally present for a hearing on Plaintiff's Motion to Dismiss Counterclaims [4]. Counsel for Plaintiff argues in support of its Motion. Counsel for Defendants argues in resistance of Plaintiff's Motion. The Court considers the matter fully submitted and will issue a ruling as promptly as possible. Court adjourns.

Time Start: 10:32 a.m.
Time End:  11:13 a.m.
Date: April 5, 2023

/s/ M. Mast
_____
Deputy Clerk