

Like    Reply    21w

**Tay Galanakis**
**Steve Armstrong** his boss needs to make a statement. He's the one allowing this guy to walk around with a gun after beating up a women

Like    Reply    21w

**Steve Armstrong**
Yes his boss should get charges too

Like    Reply    21w

View 2 more replies

**Mic Kelso**
This is such bullshit! Uniformed officers are supposed to serve and protect not harass and accuse!!!

Like    Reply    21w

**Tammi Regnier Schwickerath**
Newton PD is a joke! A cop who will remain nameless since proceedings are still happening, called my hubby and then asked him to come down to the station to make a formal statement. After getting his haircut, he stopped by. That cop read him his rights… **See more**

Like    Reply    21w

**Lonnie Appleby**
**Tammi Regnier Schwickerath** did that to me too!

Like    Reply    20w

**Donnie Sutton**
Let me say we'll to the group of people that has been harassed and charged with things the NPD dream up to charge for their ego. But first off now let me warn you to watch out because now they won't leave you alone as others that have proven them wrong… **See more**

Like    Reply    21w

**Alex Miller**
He also whipped a u turn multiple times in the middle of first Ave just to pull me over for my third brake light being out in the middle of the night.

Like    Reply    21w

**Tay Galanakis**
**Alex Miller** what a rookie

Like    Reply    21w

EXHIBIT D