## Mike Hansen

**From:** Tayvin Galanakis <tayvinjohn@gmail.com>
**Sent:** Wednesday, August 31, 2022 12:38 PM
**To:** Mike Hansen
**Subject:** Tayvin Galanakis

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello Mayor, good afternoon. I was told to get in touch with you. I am the victim of officer Winters and Wing's harassment. I'm not sure why I was suggested to talk to you but if you'd like to speak to me I'll be able to either tomorrow or Friday. Just got out of surgery this morning. Have a great day sir!