UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br><br>Defendants.<br><br>NATHAN WINTERS and CHRISTOPHER WING,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br><br>Counterclaim Defendant. | No. 4:23-cv-00044<br><br>**SUPPLEMENTAL MOTION FOR LEAVE TO AMEND ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND JURY DEMAND FOR NATHAN WINTERS AND CHRISTOPHER WING**<br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

Pursuant to F. R. C. P. 15(a), Counterclaim Plaintiffs Nathan Winters and Christopher Wing moves the Court for Leave to Amend their Answer, Affirmative Defenses, Counterclaims, and Jury Demand as attached in Exhibit A, and in support of that motion states to the Court that:

1. Counterclaim Plaintiffs filed their Answer, Affirmative Defenses, Counterclaims, and Jury Demand (hereinafter "Counterclaims") on February 9, 2023.

2. On March 2, 2023, Counterclaim Defendant Tayvin Galanakis (hereinafter "Counterclaim Defendant") filed an F.R.C.P. 12(b)(6) motion seeking to dismiss Counterclaim Plaintiffs' Counterclaims.

3. On May 8, 2023, the Court ruled on that motion, granting it in part and denying it in part.

4. In that Ruling, the Court found that its findings were without prejudice.

5. A Trial Scheduling Order was properly entered into this matter and allows the parties to file for leave to amend pleadings by and through May 12, 2023.

6. F. R. C. P. 15(a)(2) provides in part that "[a] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

7. The 8th Circuit has emphasized that "[a]mendments should be allowed with liberality." *Chestnut v. St. Louis County, Mo.*, 656 F.2d 343, 349 (8th Cir. 1981).

8. While there "is no absolute right to amend," the grounds upon which a court should deny an amendment should be "based upon a finding of undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies in previous amendments, undue prejudice to the non-moving party, or futility." *Baptist Health v. Smith*, 477 F.3d 540, 544 (8th Cir. 2007) (citing *Doe v. Cassel*, 403 F.3d 986, 991 (8th Cir. 2005)).

9. Counterclaim Plaintiffs propose to amend their Counterclaims in the following ways:

    a. To strike Counts V and VI in their entirety.

    b. To strike the statements found in paragraph 12.c, e, f, h, i, j, k, l, m, o, p, and q in Count I and paragraph 35.a, c, d, e, f, g, h. in Count II.

    c.    To strike paragraphs 56 and 57 from Count III and paragraphs 64 and 65 from Count IV.

    d.    To add three paragraphs now numbered 57 through 59 and amend paragraph now numbered 56 in Count III.

    e.    To add two paragraphs now numbered 67 and 68 and amend paragraph now numbered 66 in Count IV.

    f.    To add corrected labeling to the number of counts and to denote this is an amended pleading.

    g.    To correct a scrivener error in now numbered paragraph 34.

    h.    To incorporate and add references to Exhibits B through F, and the dates found within, filed contemporaneously, and intent to supplement Exhibit A in Counts I and II and Counts III and IV.

    i.    To incorporate and add references to a YouTube video published by Counterclaim Defendant, and the dates found therein, through footnotes providing the URL in Count I.

    j.    To provide for changes in paragraph numbering, changes to service sections, and changes to various headings to reflect the filing's amended nature.

10.    Because this motion and amended pleadings come before this Court four days after this Court's Ruling, this motion has not been unduly delayed.

11.    Because this motion and amended pleading is pursuant to this Court's Ruling on May 8, 2023, this motion is being made in good faith.

12.    This is the first request for an amendment made by Counterclaim Plaintiffs.

13. No party will be prejudiced by this motion as the factual grounds that were amended were comments made solely by the Counterclaim Defendant.

14. This motion is not futile as the Court has directed and invited the proposed amendments explicitly in its Ruling.

**15. Counsel for the moving party has personally conferred in good faith with Counterclaim Defendant's counsel and Counterclaim Defendant does NOT consent to the motion.**

16. Counterclaim Plaintiffs reserve the right to subsequently amend to conform to proof as discovery continues.

THEREFORE, Counterclaim Plaintiffs hereby do respectfully request that their Motion to Amend their Counterclaims be granted by this Court and that Exhibit A be accepted as Counterclaim Plaintiffs' Answer, Affirmative Defenses, Counterclaims, and Jury Demand with all exhibits in support that are attached.

Respectfully submitted,

By: */s/ Matthew S. Brick*
Matthew S. Brick, AT0001081
Erin M. Clanton, AT0002592
Doug A. Fulton, AT0002672
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
T: (515) 274-1450
F: (515) 274-1488
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
doug.fulton@brickgentrylaw.com

Counsel for Defendants
CITY OF NEWTON, ROB BURDESS,
NATHAN WINTERS and CHRISTOPHER WING

Counsel for Counterclaim Plaintiffs
NATHAN WINTERS and CHRISTOPHER WING

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, a true copy of this **SUPPLEMENTAL MOTION FOR LEAVE TO AMEND ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND JURY DEMAND FOR NATHAN WINTERS AND CHRISTOPHER WING** was served via CM/ECF.

Matthew M. Boles
Adam C. Witosky
GRIBBLE, BOLES, STEWART & WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
mboles@gbswlaw.com
awitosky@gbswlaw.com
Counsel for Plaintiff

By: /s/ Matthew S. Brick
Matthew S. Brick, AT0001081
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
T: (515) 274-1450
F: (515) 274-1488
matt.brick@brickgentrylaw.com

Counsel for Defendants
CITY OF NEWTON, ROB BURDESS,
NATHAN WINTERS and CHRISTOPHER WING

Counsel for Counterclaim Plaintiffs
NATHAN WINTERS and CHRISTOPHER WING