**Tay Galanakis**
August 29, 2022

Got pulled over Saturday night for having my high beams on in town, which is understandable. Shortly after I got falsely ARRESTED. Nathan Winters of the Newton Police Department, IA decided to assume and guess I was drinking and driving based off of me having a hard time finding my insurance. I don't even want to refer to him as officer winters, this guy is on the slow side of the spectrum. So let's get started. Nathan Winters doesn't act very human like so it was hard to get my point across. After handing over my registration and all that fun stuff, Nathan decided to have me get out my car and go to his. Before this he already asked me if I've been drinking and I told him no. So I'm in his vehicle trying to have a normal conversation with this guy while he's going through my records and stuff like that and everytime he replied it sounded very scripted. He sounded like a little kid who was roll playing a cop during recess 😂 I'm thinking in my head no way this guy pass training. Anyways shortly after I was talking to him he interrupts me and goes so how much have you had to drink tonight and I go "nothing I already told you that." Then he continued to harass me about how sure he was that I was drunk. Then I go you can blow me right now and it will say 0, then he made a sexual joke about what I said knowing I was talking about the breathalyzer. At this point I pull my phone and record a 10 second clip of me saying "officer winter is going to look real dumb for accusing me of being drunk once this is all said and done." So he brings me outside and I'm looking at his supervisor like dude is your boy a rookie at this 😂 you have to do something about his behavior. Officer wing (the supervisor) goes "he's just doing his job, he knows more than me." Anyways he has me do all the field test even after I told him I have a bad ankle from football. Pass all the test except one because I took 3 extra steps to take the pressure off my right ankle so I could turn around easier. At this point it's pouring outside still. You guys are going to love this part. Nathan Winters told me to lift my head up and to close my eyes once he said to. So I'm looking up staring at the rain and then eventually I close my eyes when he starts the test. Once I open my eyes he goes "why are you eyes watering." I burst out in laughter and look at him and ask him if he's really that stupid. So I get to the point where I'm about to blow, I'm smiling having a grand time, confidence is at an all time high because I know I'm about to prove 2 corrupted cops wrong. As he prepares the breathalyzer I look at officer Wing and go "you ready for this." Then I turn back to Winters and go "how many false accusations you got under you belt" he goes 0. Then I reply with "congratulations this is about to be your first." As you can guess from the ease of my story telling I blow straight 0s. Then guess what this fool reverts to. "When's the last time you smoked marijuana" I go "I don't smoke sir" then he goes so you hit a vape pen with weed in it" I'm like dude I just told you no. At this point he just wanted to find something because it hurt his ego that he was wrong about me being drunk. Being a cop shouldn't be an ego game but obviously that's how Nathan Winters treats his profession. Wait I'm not done yet. Nathan Winters asks me if I would like to do a drug evaluation, I told him no I don't need to, I don't wanna go waste 3 hours at the department for something I already know the truth about. I ask him how are you going to tell me that I'm drunk and that I smell like alcohol to telling me I'm on drugs once you get proven wrong. Shortly after I declined going to the police department he reads off my rights and states "you are under arrest for driving while impaired." At this point I'm thinking I'm being pranked, because there's no absolute way I just got arrested based off assumptions. I was respectful during the arrest, I'm looking at the super visor asking him are you serious right now there's no actual way you guys are aloud to do this. I turn back Winters and ask him, are you ready to go 0-2. No reply from winters. We get to the police department, winters takes the cuffs off me and we are sitting in this tiny room. Winters is fully confident I'm impaired because what else could a 19 year old be doing driving at midnight am I right!?? I'm talking to winter's explaining to him you just can't arrest someone based on a guess. Then I ask this geek if I could use my inhaler (I got asthma and the humidity sets it off) he had my inhaler right on his desk because he removed it from my pocket upon arrest. He tells me NO. Yeah you read that right. So then I give him a lesson about the consequences he could receive if he doesn't let me use it, then he finally gives me it. Anyways the drug specialist comes in (very nice guy and understanding) goes through all the same field test with me inside where it's not pouring. Checks my pupils, checks my eye coordination. Takes me to a dark room and blue lights in my mouth under, under my nose, on my hands, on my clothes and concludes his investigation. He stated that I'm perfectly fine and he has 0 reason to think I'm on drugs. Boom 💥 if Nathan winters just acted human instead of acting like a scripted robot cop he'd understand the words coming from my mouth. I made the supervisor on duty come in and talk too. I told him he needs to do better. Wing is honestly speechless at the point and look like he just saw a ghost. I dismiss wing from what now is my office and tell him to bring in Nathan Winters. Nathan is absolutely stunned. Comes inside the room and says hey how is it going buddy like everything is fine 😂😂

**EXHIBIT**

**C**

CITY ID 00587

Document title: Facebook
Capture URL: https://www.facebook.com/story.php?story_fbid=pfbid0HkXEoYE1GxevasTadZhETYVCaVAfYXkiMUxmKBEpibQkJztPvVDJ4VnXEdrGm81al&amp;id=10...
Capture timestamp (UTC): Fri, 10 Feb 2023 05:10:44 GMT
Page 1 of 20