# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **TAYVIN GALANAKIS,**  Plaintiff/Counterclaim Defendant, vs. **CITY OF NEWTON, IOWA, et al.,** Defendants/Counterclaim Plaintiff. | CASE NO. 4:23-cv-00044  **PLAINTIFF'S MOTION TO RECONSIDER, or alternatively, MOTION TO DISMISS COUNTERCLAIMS UNDER FED. R. CIV. P. 12(b)(6)** |

**COMES NOW** the Plaintiff/Counterclaim Defendant and for this Motion to Reconsider, or alternatively, Dismiss Counterclaims Under Fed. R. Civ. P. 12(b)(6) states:

1. Following the dismissal of several counterclaims by this Court on May 8, 2023, Defendants Nathan Winters and Cristopher Wing sought to amend their Answer and Counterclaims on May 12, 2023.

2. Due to failing to comply with Local Rule 7(k), Defendants were ordered to file a supplemental motion stating Plaintiff's position by May 22, 2023.

3. Defendants did so, correctly stating Plaintiff's intention to resist.

4. The Notice of Electronic Filing for the supplemental filing set a response deadline of June 5, 2023. (Ex. 1.)

5. Despite this deadline, on May 31, 2023, the Supplemental Motion to Amend was granted on the basis of Plaintiff's response not having been filed.

6. Plaintiff does resist Defendants efforts to amend as to Counterclaims III and IV.

7.  Given the deadline set forth in the Court-issued Notice, Plaintiff asks this Court to reconsider its Order and deny the motion to amend as to those counterclaims as amendment would be futile.

8.  Alternatively, Plaintiff moves to dismiss Counterclaims III and IV for again failing to state a claim.

9.  Plaintiff's brief setting out this argument with authorities is attached, and for the reasons set out therein, Plaintiff asks this Motion be granted.

**WHEREFORE,** Plaintiff prays this Court grant this Motion to Reconsider, or alternatively, Dismiss Counterclaims Under Fed. R. Civ. P. 12(b)(6), and either deny the Motion to Amend as to Counterclaims III and IV, or dismiss Counterclaims III and IV for failure to state a claim, and for any additional relief in Plaintiff's favor this Court finds to be just and necessary.

**GRIBBLE, BOLES, STEWART & WITOSKY LAW**

BY: */s/ Adam C. Witosky*
Matthew M. Boles          AT0001037
Adam C. Witosky           AT0010436
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Facsimile:  (515) 243-3696
Email:    mboles@gbswlaw.com
          awitosky@gbswlaw.com
**ATTORNEYS FOR PLAINTIFF**