| | |
|---|---|
| **From:** | cmecf_iasd@iasd.uscourts.gov |
| **To:** | Courtmail@iasd.uscourts.gov |
| **Subject:** | Activity in Case 4:23-cv-00044-SHL-SBJ Galanakis v. City of Newton, Iowa et al Motion for Leave to File |
| **Date:** | Monday, May 22, 2023 11:01:35 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Iowa

## Notice of Electronic Filing

The following transaction was entered by Brick, Matthew on 5/22/2023 at 11:00 AM CDT and filed on 5/22/2023

| | |
|---|---|
| **Case Name:** | Galanakis v. City of Newton, Iowa et al |
| **Case Number:** | 4:23-cv-00044-SHL-SBJ |
| **Filer:** | Nathan Winters |
| | Christopher Wing |

**Document Number:** 19

**Docket Text:**
**Supplemental MOTION for Leave to File** *Amended Answer, Affirmative Defenses, Counterclaims, and Jury Demand* **by Christopher Wing, Nathan Winters.Motions referred to Stephen B. Jackson, Jr. Responses due by 6/5/2023. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E, # (6) Exhibit F)(Brick, Matthew)**

**4:23-cv-00044-SHL-SBJ Notice has been electronically mailed to:**

Adam Clifford Witosky     awitosky@gbswlaw.com, adam.witosky@gmail.com

Douglas A. Fulton     douglas.fulton@brickgentrylaw.com, cindy.juhl@brickgentrylaw.com, lisa.anderson@brickgentrylaw.com

Erin M. Clanton     erin.clanton@brickgentrylaw.com, katherine.hanson@brickgentrylaw.com

Matthew Mark Boles     mboles@gbswlaw.com, klevine@gbswlaw.com, tfairchild@gbswlaw.com

Matthew Sean Brick     matt.brick@brickgentrylaw.com,

katherine.hanson@brickgentrylaw.com

**4:23-cv-00044-SHL-SBJ Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=5/22/2023] [FileNumber=3628577-0
] [9313431891821e22b768791a8dd059d80915d848d8ba5b4bb66b6ecc8bce5a259cb
6761c08636c8b0bb14059f1d110eaa58b4196716aa15f436ff0fd5d6e0f92]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=5/22/2023] [FileNumber=3628577-1
] [4c14d2f1dc4bbe3ee207e1e83723f9a2c1639da03692709aa57acd78f66a94025f1
337ce530323c7aafa93dfbde6d74f859e643eb6171912bb48c29e99298da3]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=5/22/2023] [FileNumber=3628577-2
] [805fc807eda5c80daf817bda6ca02583ae7c2279f80e3ceeb0dc7a2c3d706f2cb27
e81056079cc374e5f52d2ec52d4dde66b1813ab588ac5cd1762bfbc18b078]]
**Document description:**Exhibit C
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=5/22/2023] [FileNumber=3628577-3
] [ae67f9884048537b2eb1fc3f0907d5d4424402f1994ead0b841240a1fd9a562ebe6
b69b9fe9fe81f18ed68eeb2d46cf5c9ed2d16a931de065916e8aa3906b5a9]]
**Document description:**Exhibit D
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=5/22/2023] [FileNumber=3628577-4
] [92f62b5fdd2ac06e26ea42fef6a407071bb0be475422208671941a961b17f62d7a9
180f236129c4e14e7b2dd3b2cb003f8b4f37585e3d41a05914a525701ab1d]]
**Document description:**Exhibit E
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=5/22/2023] [FileNumber=3628577-5
] [274d5be83f551016fb9099dcfde6e3bbd61e8d6b4d4511cde02bd0304533bdc0a20
7f0626584a843bffe5bccf1693072a5c94930cf7ec4fe975b9655e26cda55]]
**Document description:**Exhibit F
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=5/22/2023] [FileNumber=3628577-6
] [5f422a5a608d6e2e2a3e181e28d8f939f60b47a8c0aaafe2d949ff60fe524e3184a
07f7562a0191e24a66ff4ae75111ff759e5447d01a07e17a2aaa9874e410a]]