

EXHIBIT B



Like    Reply    20w                                    8

**Kelly Rodriguez**
**John Wayne** omg he looks like Farva from Super Troopers?! Ahahahaha!!

Like    Reply    20w

**Renee Munson Richards**
**John Wayne W**ing got an award for that years and years ago.

Like    Reply    20w

**Karla Rae**
Lucky to be Alive!!!

Like    Reply    20w

**Matt O'Harra**
Thats cops now a days

Like    Reply    20w

**Tay Galanakis**
Officer Winters is not fit mentally for the job and physically 😂😂



Like    Reply    20w                                    38

**Tay Galanakis**
This is his face walking in my room finding out he