IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **TAYVIN GALANAKIS,**  Plaintiff/Counterclaim Defendant, vs. **CITY OF NEWTON, IOWA, et al.,** Defendants/Counterclaim Plaintiff. | CASE NO. 4:23-cv-00044 PLAINTIFF'S MOTION TO DISMISS AMENDED COUNTERCLAIMS UNDER FED. R. CIV. P. 12(b)(6) |

**COMES NOW** the Plaintiff/Counterclaim Defendant and for this Motion to Dismiss Amended Counterclaims Under Fed. R. Civ. P. 12(b)(6) states:

1. Following the dismissal of several counterclaims by this Court on May 8, 2023, Defendants Nathan Winters and Cristopher Wing sought to amend their Answer and Counterclaims on May 12, 2023.

2. Due to failing to comply with Local Rule 7(k), Defendants were ordered to file a supplemental motion stating Plaintiff's position by May 22, 2023.

3. Defendants did so, correctly stating Plaintiff's intention to resist.

4. The Motion to Amend was granted over Plaintiff's objection and request to reconsider.

5. Plaintiff moves to dismiss Counterclaims III and IV for again failing to state a claim.

6. Plaintiff's brief setting out this argument with authorities is attached, and for the reasons set out therein, Plaintiff asks this Motion be granted.

**WHEREFORE,** Plaintiff prays this Court grant this Motion to Dismiss

Counterclaims Under Fed. R. Civ. P. 12(b)(6), order dismissal of Counterclaims III and IV for failure to state a claim, and for any additional relief in Plaintiff's favor this Court finds to be just and necessary.

                            **GRIBBLE, BOLES, STEWART & WITOSKY LAW**

                       BY: */s/ Adam C. Witosky*
                              Matthew M. Boles         AT0001037
                              Adam C. Witosky          AT0010436
                              2015 Grand Avenue, Suite 200
                              Des Moines, Iowa 50312
                              Telephone: (515) 235-0551
                              Facsimile:  (515) 243-3696
                              Email:     mboles@gbswlaw.com
                                                awitosky@gbswlaw.com
                              **ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**

    The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on June 1, 2023.  Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

    Copies have been provided to all registered parties because once the document is posted, those parties are able to view and download the presented or filed document.

                                                  */s/ Kendra Levine*