# NEWTON POLICE DEPARTMENT
# COMPLAINT FORM

**Complainant's Name**_____     **DATE** _____

**Address:** _____

**Phone (home)** _____ **(work)** _____ **(cell)** _____

**Place of Work** _____ **Occupation**_____

**Age** _____ **Sex** _____ **Best way to contact you** _____

**DATE OF INCIDENT**_____     **TIME** _____
**LOCATION OF INCIDENT** _____
**EMPLOYEE(S) INVOLVED IN INCIDENT** (If known)_____

**Witnesses to incident:**   (name, address, phone number)
1. _____
2. _____
3. _____

**Details of Incident:** (who, what when, where, why  If you do not know the names any details, physical descriptors, badge numbers, etc. to help identify the employee)
_____
_____
_____
_____
_____

(Continue on other side)

## STATE CODE OF IOWA

**718.6  False Reports to Law Enforcement Authorities**
**A person who reports or causes to be reported false information to a fire department or law enforcement authority, knowing that the information is false, or who reports the alleged occurrence of a criminal act knowing the same did not occur, commits a misdemeanor.**

**I HAVE WRITTEN AND OR READ THE COMPLAINT HERIN AND SWEAR OR AFFIRM IT IS TRUE**

_____     _____     _____
SIGNATURE                              DATE                  TIME

**Subscribed and sworn to before me on this** _____ **day of** _____, **20** _____.
_____ **Notary Public**

**(Continued from front…)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**I understand the department's policy that complaints need to be made in a timely manner, namely 10 working days from the date of the incident unless extenuating circumstances arise, to gather evidence and contact possible witnesses.   If this complaint is made within the timeline you will be notified by the Chief of Police with the disposition of the complaint.  The Newton Police Department dispositions are:**

<u>Unfounded</u> - allegations is false or not factual
<u>Sustained</u> - enough evidence to prove allegations
<u>Not sustained</u> -not enough evidence to prove or disprove the allegations
<u>Exonerated</u> – incident happened but employee's actions were lawful and proper
<u>Sustained/ Other</u> – investigation revealed other misconduct by employee found not reported by complainant
<u>Policy Failure</u> - incident happened and were proper with current policy, however department will review policy

**I request the following measures of relief be granted or corrective action taken by the Newton Police Department.**

_____
_____
_____
_____
_____
_____
_____