# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>  Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>CITY OF NEWTON, IOWA, et al.,<br>  Defendants/Counterclaim Plaintiff. | CASE NO. 4:23-cv-00044<br><br>PLAINTIFF'S UNRESISTED APPLICATION TO EXTEND DEADLINES FOR DESIGNATION OF EXPERT WITNESS |

**COMES NOW** the Plaintiff and for this Unresisted Application to Extend Deadlines for Designation of Expert Witness, respectfully states:

1. This matter was removed to this Court on February 2, 2023.

2. On December 9, 2023, Defendants filed their Answers.

3. Defendants Winters and Wing included eight counterclaims to which Plaintiff sought dismissal, with the Court granting dismissal of several on May 8, 2023.

4. Defendants Winters and Wing were permitted to amend their Answer on May 31, 2023, including amending two Counterclaims for filing a false complaint under Iowa Code §80F.13, which Plaintiff is again seeking dismissal of.

5. On May 5, 2023, Plaintiffs propounded discovery requests on all Defendants, with Defendants responding on June 5, 2023. Defendants state responsive information is being withheld until the entry of a protective order. A draft protective order was provided alongside the discovery responses.

6. Undersigned counsel has reviewed the protective order and communicated agreement with it to Defendants' counsel. It is being finalized for

submission to the Court in the next few days.

7. Plaintiff's deadline to disclose an expert is June 13, 2023. As responsive information is being withheld pending the grant of a protective order, Plaintiff needs an additional 30 days to designate an expert and to prepare a report.

8. The other current pending deadlines in this matter are:

- Defendants' expert designation is August 11, 2023;
- Plaintiff's rebuttal expert designation is September 13, 2023;
- Discovery completion deadline by November 13, 2023;
- Dispositive motions are due December 13, 2023; and,
- Trial is scheduled for May 13, 2024.

9. Plaintiff requests the deadline for his expert designation be extended to July 13, 2023, with reciprocal extension of Defendants' designation deadline to September 11, 2023, and Plaintiff's rebuttal expert designation deadline extended to November 10, 2023.

10. Counsel has communicated with counsel for Defendants about this Application, and has been advised Defendants do not object to the 30-day extension.

11. Good cause exists for the requested extensions, with no parties being prejudiced should they be granted, with the extension being in the interest of justice.

**GRIBBLE, BOLES, STEWART & WITOSKY LAW**

BY: */s/ Adam C. Witosky*
Matthew M. Boles         AT0001037
Adam C. Witosky          AT0010436
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551

        Facsimile:  (515) 243-3696
        Email:       mboles@gbswlaw.com
                    awitosky@gbswlaw.com

**ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**

    The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on June 13, 2023. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

    Copies have been provided to all registered parties because once the document is posted, those parties can view and download the presented or filed document.

                                                /s/ Tami Fairchild