UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br><br>　　　　Defendants.<br><br>―――――――――<br><br>NATHAN WINTERS and CHRISTOPHER WING,<br><br>　　　　Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br><br>　　　　Plaintiff/Counterclaim Defendant. | No. 4:23-cv-00044<br><br>**DEFENDANTS'/COUNTERCLAIM PLAINTIFFS' RESISTANCE TO PLAINTIFF'S/COUNTERCLAIM DEFENDANT'S SECOND MOTION TO DISMISS**<br><br><br><br><br><br><br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

　　**COMES NOW,** Counterclaim Plaintiffs/Defendants Nathan Winters and Christopher Wing (hereinafter, "Defendant Officers"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure submits the following in Resistance to Counterclaim Defendant's/Plaintiff's Motion to Dismiss:

　　1.　　On May 8, 2023, this Court denied Plaintiff's Motion to Dismiss as to various counterclaims asserted by the Defendant Officers.

2.	This Court ruled without prejudice as to Defendant Officers' ability to amend their pleadings.

3.	On May 12, 2023, Defendant Officers filed a motion to amend their Counterclaim and revive certain claims including a cause of action pursuant to Iowa Code chapter 80F.

4.	On May 22, 2023, Plaintiff filed a Resistance and Motion to Dismiss to Defendant Officers' Motion to Amend.

5.	On May 31, 2023, the Court denied the Plaintiff's Resistance and held that the Motion to Dismiss was only properly asserted once Defendant Officers' Amended Pleadings were docketed.

6.	On June 1, 2023, the Plaintiff filed a Second Motion to Dismiss in response to Counterclaim Plaintiffs' amended Counterclaim which revived a claim under Iowa Code chapter 80F.

7.	Pursuant to Federal Rule of Civil Procedure 8, each and every count within the Counterclaim states a cause of action under the relevant law.

8.	In support of this timely resistance, a brief is being filed contemporaneously.

## CONCLUSION

WHEREFORE, Defendant Officers request that the Court deny Plaintiff's Second Motion to Dismiss in its entirety and afford them the costs of defending said motion, including attorney's fees and expenses, be assessed against Defendant.

Respectfully submitted,

By:   <u>/s/ Matthew S. Brick</u>
Matthew S. Brick, AT0001081
Erin M. Clanton, AT0002592
Douglas A. Fulton, AT0002672
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
T: (515) 274-1450
F: (515) 274-1488
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
doug.fulton@brickgentrylaw.com

Counsel for Defendants
CITY OF NEWTON, ROB BURDESS,
NATHAN WINTERS and CHRISTOPHER WING

Counsel for Counterclaim Plaintiffs
NATHAN WINTERS and CHRISTOPHER WING

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, pursuant to Local Rule 5A(k), will send a notice of electronic filing to the parties of record, including:

Matthew M. Boles
Adam C. Witosky
GRIBBLE, BOLES, STEWART & WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
mboles@gbswlaw.com
awitosky@gbswlaw.com
Counsel for Plaintiff/Counterclaim Defendant

  <u>/s/    Matthew S. Brick</u>
Matthew S. Brick, AT0001081

3