UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br><br>    Defendants.<br><br>―――――――――――――――<br><br>NATHAN WINTERS and CHRISTOPHER WING,<br><br>    Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br><br>    Plaintiff/Counterclaim Defendant. | No. 4:23-cv-00044<br><br>**NOTICE OF WITHDRAW AS COUNSEL FOR DEFENDANTS**<br><br><br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

COMES NOW, Matthew S. Brick, and in support of his Notice of Withdraw as Counsel for Defendants, City of Newton, Iowa, Rob Burdess, Nathan Winters, and Christopher Wing, states:

1. The undersigned has previously entered his appearance on Defendants' behalf.

2. Erin Clanton, and Doug Fulton with Brick Gentry PC have also previously entered appearances on the Defendants' behalf in this matter and will remain as attorneys of record for Defendants.

3. The withdraw will not affect a trial or hearing date, the withdraw will not interfere

with the efficient and proper functioning of the court, and there is on file an appearance by other counsel. Plaintiff will not be prejudiced by this withdraw as there will be no undue delay in granting this request as no additional counsel is necessary.

4. The appearance of Matthew Brick can be withdrawn without prejudice to Plaintiff or Defendants.

5. Pursuant to Local Rule 83(d)(6), another lawyer has already appeared of record for the clients, the withdrawing lawyer has filed a notice of withdrawal with the Clerk of Court, and—via this motion—will served the notice on opposing counsel and the clients.

6. Trial is scheduled for May 13, 2024. The only pending motion is Plaintiff's Second Motion to Dismiss, which was filed on June 1, 2023.

WHEREFORE, the undersigned withdraws the Appearance of Matthew S. Brick, and this Withdrawal does not affect the Appearances of Ms. Clanton, or Mr. Fulton in this matter.

E-filed with copy via EDMS:

BRICK GENTRY, P.C.

Matthew S. Brick, AT0001081
6701 Westown Parkway, Ste. 100
West Des Moines, Iowa 50266
Tel: 515.274.1450
Fax: 515.274.1488
matthew.brick@brickgentrylaw.com
ATTORNEY FOR DEFENDANTS

**NOTICE OF ELECTRONIC FILING**

Notice of Electronic Filing is sent through the electronic document management system to all registered filers for the within case. A review of the filers in this matter indicates that all necessary parties have been or will be served. Any unregistered filer will be served with a paper copy and so noted in a Certificate of Service.

Signature:  /s/ Katherine Hanson