# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br><br>Defendants. | Case No. 4:23-cv-00044-SHL-SBJ<br><br>**NOTICE OF APPEARANCE** |
| NATHAN WINTERS and CHRISTOPHER WING,<br><br>Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br><br>Plaintiff/Counterclaim Defendant. | Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

Nicholas F. Miller enters his appearance in this action for Defendants City of Newton, Iowa, and Rob Burdess and Defendants/Counterclaim Plaintiffs Nathan Winters and Christopher Wing. Nicholas F. Miller therefore requests notice of all filings and other matters requiring notice.

/s/*Nicholas F. Miller*
Nicholas F. Miller (AT0015361)
BRICK GENTRY P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Phone: (515) 446-3441
Fax: (515) 274-1488
nick.miller@brickgentrylaw.com

ATTORNEYS FOR PLAINTIFF

**Certificate of Service**

I certify that on September 11, 2023, I filed the above Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notice of the filing to counsel of record for all parties.

/s/*Nicholas F. Miller*