IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>  Plaintiff,<br><br>v.<br><br>**CITY OF NEWTON, IOWA, et al.,**<br>  Defendants. | CASE NO. 4:23-cv-00044<br><br><br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT'S ANSWER and AFFIRMATIVE DEFENSES TO NATHAN WINTERS AND CHRISTOPHER WING COUNTERCLAIMS** |
| **NATHAN WINTERS AND CHRISTOPHER WING,**<br>  Counterclaim Plaintiffs,<br><br>v.<br><br>**TAYVIN GALANAKIS,**<br>  Counterclaim Defendant. | |

**COMES NOW**, the Plaintiff/Counterclaim Defendant and for this Answer to Counterclaims and Affirmative Defenses states:

## ANSWER TO COUNTERCLAIMS

1. Admitted.

2. Admitted.

3. Admitted.

4. Paragraph 4 is an assertion of law, and not an allegation of fact requiring a response.

5. Paragraph 5 is an assertion of law, and not an allegation of fact requiring a response.

6. Admitted.

7. Denied.

8. Paragraph 8 is denied to the extent it alleges probable cause existed to detain or arrest Tayvin Galanakis for operating while intoxicated. Paragraph 8 is admitted to the extent Tayvin was released without a criminal charge.

9. Denied.

## COUNTERCLAIM COUNT I
## DEFAMATION OF COUNTERCLAIM PLAINTIFF OFFICER WINTERS

10. Plaintiff/Counterclaim Defendant realleges all prior paragraphs as if set forth herein.

11. Admitted.

12. Plaintiff/Counterclaim Defendant denies having falsely and knowingly made any defamatory statement concerning Officer Winters:

   a. Admitted statement was posted;

   b. Admitted statement was posted;

   c. Admitted statement was posted;

   d. Admitted statement was posted;

   r. Admitted statement was posted.

13. Admitted Officer Winters has not been criminally charged or convicted of domestic abuse, but is subject to a civil protective order for relief from domestic abuse.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Paragraph 20 is admitted to the extent the comment was made, but all other allegations are denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied, including all subparts.

**WHEREFORE,** the Plaintiff/Counterclaim Defendant prays this counterclaim be dismissed in its entirety and for any additional relief the Court finds proper.

### COUNTERCLAIM COUNT II
### DEFAMATION OF COUNTERCLAIM PLAINTIFF LT. WING

33. Plaintiff/Counterclaim Defendant realleges all prior paragraphs as if set

forth herein.

34. Admitted.

35. Plaintiff/Counterclaim Defendant denies having falsely and knowingly made any defamatory statement concerning Officer Winters:

    a. Admitted statement was posted;

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

**WHEREFORE,** the Plaintiff/Counterclaim Defendant prays this counterclaim

be dismissed in its entirety and for any additional relief the Court finds proper.

### COUNT III
### VIOLATION OF IOWA CODE § 80F.13 BY FILING A FALSE COMPLAINT AGAINST COUNTERCLAIM PLAINTIFF OFFICER WINTERS

52-61. Count III has been dismissed with prejudice.

### COUNT IV
### VIOLATION OF IOWA CODE § 80F.13 BY FILING A FALSE COMPLAINT AGAINST COUNTERCLAIM PLAINTIFF LT. WING

62-70. Count IV has been dismissed with prejudice.

### COUNT V
### INVASION OF PRIVACY ON BEHALF OF COUNTERCLAIM PLAINTIFF OFFICER WINTERS

71. Plaintiff/Counterclaim Defendant realleges all prior paragraphs as if set forth herein.

72. Paragraph 72 is an assertion of law, and not an allegation of fact requiring a response. To the extent it contains a factual allegation, it is denied.

73. Denied.

74. Denied.

75. Denied, including all subparts.

**WHEREFORE,** the Plaintiff/Counterclaim Defendant prays this counterclaim be dismissed in its entirety and for any additional relief the Court finds proper.

### COUNT VI
### INVASION OF PRIVACY ON BEHALF OF COUNTERCLAIM PLAINTIFF LT. WING

76. Plaintiff/Counterclaim Defendant realleges all prior paragraphs as if set forth herein.

77. Paragraph 72 is an assertion of law, and not an allegation of fact

requiring a response. To the extent it contains a factual allegation, it is denied.

78. Denied.

79. Denied.

80. Denied, including all subparts.

**WHEREFORE,** the Plaintiff/Counterclaim Defendant prays this counterclaim be dismissed in its entirety and for any additional relief the Court finds proper.

## AFFIRMATIVE DEFENSES

1. Counterclaim Plaintiffs have failed to state a claim upon which relief may be granted.

2. Substantial truth of the matter asserted for statements alleged defamatory and/or false light.

3. Statement of opinion as to the alleged for statements alleged defamatory and/or false light.

4. Counterclaim Plaintiffs are public figures involved in a matter of public interest and public record for purposes of defamation and/or false light.

5. Privilege of fair comment.

6. Counterclaim Defendant reserves the right to supplement affirmative defenses as discovery continues in this case

**GRIBBLE, BOLES, STEWART & WITOSKY LAW**

BY: */s/ Adam C. Witosky*
Matthew M. Boles          AT0001037
Adam C. Witosky           AT0010436
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551

6

        Facsimile:  (515) 243-3696
        Email:       mboles@gbswlaw.com
                   awitosky@gbswlaw.com

**ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**

    The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on September 14, 2023. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

    Copies have been provided to all registered parties because once the document is posted, those parties are able to view and download the presented or filed document.

                                 /s/ Tami Fairchild