UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS, | No. 4:23-cv-00044 |
| Plaintiff, | |
| v. | |
| CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department, | **APPEARANCE** |
| Defendants. | |
| NATHAN WINTERS and CHRISTOPHER WING, | |
| Defendants/Counterclaim Plaintiffs, | |
| v. | |
| TAYVIN GALANAKIS, | Removed from the District Court for Jasper County, Iowa, No. LACV123038 |
| Plaintiff/Counterclaim Defendant. | |

**COMES NOW**, Matthew S. Brick, hereby enters his appearance for and on behalf of

Defendants and Counterclaim Plaintiffs, in the above-referenced matter.

Respectfully submitted,

Matthew S. Brick, AT0001081
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Ste. 100
West Des Moines, Iowa 50266
Tel: 515.274.1450
Fax:  515.274.1488
matthew.brick@brickgentrylaw.com

Counsel for Defendants
CITY OF NEWTON, ROB BURDESS,
NATHAN WINTERS and CHRISTOPHER
WING

Counsel for Counterclaim Plaintiffs
NATHAN WINTERS and CHRISTOPHER
WING

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 15, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, pursuant to Local Rule 5A(k), will send a notice of electronic filing to the parties of record, including:

Matthew M. Boles
Adam C. Witosky
GRIBBLE, BOLES, STEWART &
WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
mboles@gbswlaw.com
awitosky@gbswlaw.com
Counsel for Plaintiff/Counterclaim Defendant

/s/      Matthew S. Brick
**Matthew S. Brick, AT0001081**