UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>  Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br>  Defendants.<br><br>NATHAN WINTERS and CHRISTOPHER WING,<br>  Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br>  Plaintiff/Counterclaim Defendant. | No. 4:23-cv-00044<br><br>**MOTION FOR PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFORMATION**<br><br><br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

**COMES NOW**, City of Newton, Iowa, Rob Burdess, Nathan Winters, Christopher Wing, individually and in their official capacities with the Newton Police Department (collectively, "Defendants") and respectfully ask the Court to enter the stipulated protective order attached hereto.

  1. Plaintiff and Defendants conferred regarding the appropriate scope of the protective order that should govern this action and reached an agreement on the attached stipulated protective order, which properly safeguards the rights of the parties and third parties, avoids unnecessary confusion, and promotes the efficient administration and coordination of these actions.

2.     Pursuant to Fed. R. Civ. P. 26(c), the parties hereby submit this stipulated protective order for good cause to facilitate full discovery in this lawsuit, while protecting the parties' interests in confidential or proprietary information which may be contained in certain documents, answers to interrogatories, requests for admissions, tangible things, and other information otherwise discoverable under the Federal Rules of Civil Procedure, but which should not be made available to the public in general, the parties hereby stipulate and agree.

3.     The Court has wide discretion to control the nature of discovery, and "should not hesitate to exercise appropriate control over the discovery process." *Herbert v. Lando*, 441 U.S. 153, 177 (1979); *Clinton v. Jones*, 520 U.S. 681, 706–07 (1997).

4.     Courts have discretion to issue a protective order under Federal Rule of Civil Procedure 26(c) upon a showing of good cause to "protect a party from annoyance, embarrassment, oppression or undue burden or expense." Fed. R. Civ. P. 26(c)(1); *see also Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 36 (1984) (stating that "Rule 26(c) confers broad discretion on the trial court to decide when a protective order is appropriate and what degree of protection is required"); *Watts v. Sec. & Exch. Comm'n*, 482 F.3d 501, 507 (D.C. Cir. 2007) ("Rule 26 'vests the trial judge with broad discretion to tailor discovery narrowly and to dictate the sequence of discovery'" (quoting *Crawford-El v. Britton*, 523 U.S. 574, 598 (1998))).

THEREFORE, for the foregoing reasons, the Court is respectfully requested to grant the attached proposed protective order and for any further such relief the Court deems appropriate.

        Respectfully submitted,

By:   */s/ Matthew S. Brick*
     Matthew S. Brick, AT0001081
     Erin M. Clanton, AT0002592
     Douglas A. Fulton, AT0002672
     Nicholas F. Miller, AT0015361
     **BRICK GENTRY, P.C.**
     6701 Westown Parkway, Suite 100
     West Des Moines, IA 50266
     T: (515) 274-1450
     F: (515) 274-1488
     matt.brick@brickgentrylaw.com
     erin.clanton@brickgentrylaw.com
     doug.fulton@brickgentrylaw.com
     nick.miller@brickgentrylaw.com

     Counsel for Defendants
     CITY OF NEWTON, ROB BURDESS,
     NATHAN WINTERS and CHRISTOPHER
     WING

     Counsel for Counterclaim Plaintiffs
     NATHAN WINTERS and CHRISTOPHER
     WING

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 26, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, pursuant to Local Rule 5A(k), will send a notice of electronic filing to the parties of record, including:

     Matthew M. Boles
     Adam C. Witosky
     GRIBBLE, BOLES, STEWART &
     WITOSKY LAW
     2015 Grand Avenue, Suite 200
     Des Moines, Iowa 50312
     mboles@gbswlaw.com
     awitosky@gbswlaw.com
     Counsel for Plaintiff/Counterclaim Defendant

     */s/Nicholas F. Miller*
     Nicholas F. Miller