Respectfully submitted,

By:   */s/ Nicholas F. Miller*
Matthew S. Brick, AT0001081
Erin M. Clanton, AT0002592
Douglas A. Fulton, AT0002672
Nicholas F. Miller, AT0015361
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
T: (515) 274-1450
F: (515) 274-1488
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
doug.fulton@brickgentrylaw.com
nick.miller@brickgentrylaw.com

Counsel for Defendants
CITY OF NEWTON, ROB BURDESS,
NATHAN WINTERS and CHRISTOPHER
WING

Counsel for Counterclaim Plaintiffs
NATHAN WINTERS and CHRISTOPHER
WING

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 26, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, pursuant to Local Rule 5A(k), will send a notice of electronic filing to the parties of record, including:

    Matthew M. Boles
    Adam C. Witosky
    GRIBBLE, BOLES, STEWART &
    WITOSKY LAW
    2015 Grand Avenue, Suite 200
    Des Moines, Iowa 50312
    mboles@gbswlaw.com
    awitosky@gbswlaw.com
    Counsel for Plaintiff/Counterclaim Defendant

*/s/Nicholas F. Miller*
Nicholas F. Miller