# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br><br>Defendants.<br><br>―――――――――――――――<br><br>NATHAN WINTERS and CHRISTOPHER WING,<br><br>Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br><br>Plaintiff/Counterclaim Defendant. | Case No. 4:23-cv-00044-SHL-SBJ<br><br>**JOINT STATUS REPORT**<br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

Consistent with the Court's Order for Status Report, Doc. 38, Plaintiff Tayvin Galanakis ("Galanakis") and Defendants City of Newton, Iowa, Rob Burdess, Nathan Winters, and Christopher Wing (collectively, "Defendants") have met and conferred and submit the following status report.

1.  The operative pleadings have all been filed.

2.  The discovery deadline in this action is November 13, 2023.  *See* Docs. 25 & 27.

3.  The parties have served all the written discovery they intend to serve under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure.

4. The parties have responded to all written discovery requests under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure, and subject to the objections included in their responses, the parties have produced all the documents and things responsive to the served discovery requests.

5. Under Rule 26(a)(2), Galanakis timely disclosed Lance Platt as a witness that may provide expert testimony in this action.

6. Under Rule 26(a)(2), Defendants timely disclosed Captain Matt Bruner as a witness that may provide expert testimony in this action.

7. Galanakis did not disclose a rebuttal expert witness or report.

8. The parties have exchanged dates and times for the availability of certain witnesses to be deposed before the close of discovery on November 13, 2023, including Lance Platt, Rob Burdess, and Christopher Wing. The parties are currently working to find a date and time that Galanakis and Nathan Winters are available to be deposed. The parties do not anticipate deposing any other witnesses.

9. On September 29, 2023, Defendants served a Notice of Deposition on Galanakis notifying him that Defendants will take the in-person deposition of Lance Platt on November 3, 2023, at 9:00 a.m. in Bryan, Texas.

10. The parties intend to complete all discovery on or before the close of discovery on November 13, 2023. Absent unforeseen circumstances, the parties do not foresee a reason to extend the November 13, 2023, discovery deadline.

Dated October 20, 2023.

/s/*Nicholas F. Miller*
Mattew S. Brick (AT0001081)
Erin M. Clanton (AT0002592)
Douglas A. Fulton (AT0002672)
Nicholas F. Miller (AT0015361)
BRICK GENTRY P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Phone: (515) 446-3441
Fax: (515) 274-1488
matt.brick@brickgentrylaw.com

erin.clanton@brickgentrylaw.com
doug.fulton@brickgentrylaw.com
nick.miller@brickgentrylaw.com

ATTORNEYS FOR DEFENDANTS

/s/*Adam C. Witosky*
Matthew M. Boles
Adam C. Witosky
GRIBBLE, BOLES, STEWART & WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
mboles@gbswlaw.com
awitosky@gbswlaw.com

ATTORNEYS FOR PLAINTIFF

## Certificate of Service

I certify that on October 20, 2023, I filed the above Joint Status Report with the Clerk of Court using the CM/ECF system, which will send notice of the filing to counsel of record for all parties.

/s/*Nicholas F. Miller*