UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br>    Defendants.<br><br>NATHAN WINTERS and CHRISTOPHER WING,<br>    Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br>    Plaintiff/Counterclaim Defendant. | No. 4:23-cv-00044-SHL-SBJ<br><br>**COUNTERCLAIM PLAINTIFF NATHAN WINTERS'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**<br><br><br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

Under Rule 56 of the Federal Rules of Civil Procedure, Counterclaim Plaintiff Officer Nathan Winters ("Officer Winters") moves for partial summary judgment on the issue of Counterclaim Defendant Tayvin Galanakis's ("Galanakis") liability for defamation and false light invasion of privacy based on Galanakis's public statements that Officer Winters was "convicted of domestic abuse."

WHEREFORE, Counterclaim Plaintiff Officer Nathan Winters respectfully requests that the Court grant his Motion for Partial Summary Judgment on the issue of Counterclaim Defendant Tayvin Galanakis's liability for defamation and false light invasion of privacy.

Dated: December 13, 2023.

By:   */s/ Nicholas F. Miller*
Matthew S. Brick, AT0001081
Erin M. Clanton, AT0002592
Douglas A. Fulton, AT0002672
Nicholas F. Miller, AT0015361
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
T: (515) 274-1450
F: (515) 274-1488
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
doug.fulton@brickgentrylaw.com
nick.miller@brickgentrylaw.com

Counsel for Counterclaim Plaintiff
NATHAN WINTERS

### **CERTIFICATE OF SERVICE**

    I hereby certify that on December 13, 2023, a true copy of COUNTERCLAIM PLAINTIFF NATHAN WINTERS'S MOTION FOR PARTIAL SUMMARY JUDGMENT was electronically filed using the Court's CM/ECF system, which sent notice to counsel of record, as follows:

> Matthew M. Boles
> Adam C. Witosky
> GRIBBLE, BOLES, STEWART &
> WITOSKY LAW
> 2015 Grand Avenue, Suite 200
> Des Moines, Iowa 50312
> mboles@gbswlaw.com
> awitosky@gbswlaw.com
> Counsel for Plaintiff/Counterclaim Defendant

*/s/    Nicholas F. Miller*
**Nicholas F. Miller, AT0015361**
