UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br>    Defendants.<br><br>NATHAN WINTERS and CHRISTOPHER WING,<br>    Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br>    Plaintiff/Counterclaim Defendant. | No. 4:23-cv-00044-SHL-SBJ<br><br>**STATEMENT OF MATERIAL FACTS IN SUPPORT OF COUNTERCLAIM PLAINTIFF NATHAN WINTERS'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**<br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

Under Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.a.3, Counterclaim Plaintiff Officer Nathan Winters ("Officer Winters") submits this Statement of Material Facts setting forth each material fact to which he contends there is no genuine issue to be tried.

### STATEMENT OF MATERIAL FACTS

#### Officer Winters

1.   Nathan Winters was a police officer with the Newton Police Department on August 28, 2022, and he is still in that position.  Doc. 1-1 ¶ 4, Doc. 23 ¶ 4; Winters Appx. 9.

### Officer Winters Stopped Galanakis

2. On August 28, 2022, at approximately 12:13 a.m., Officer Winters was on active duty patrol in a Newton Police Department vehicle with Lieutenant Christopher Wing when Winters stopped Plaintiff Tayvin Galanakis ("Galanakis") for operating his vehicle with the bright lights on in violation of Iowa Code section 321.415. Winters Appx.12–17; Winters Appx. 8.[1]

3. During the stop, Officer Winters suspected Galanakis of operating his vehicle while intoxicated ("OWI") in violation of Iowa Code section 321J.2. Winters Appx.12–17; Winters Appx. 8.

4. Officer Winters had Galanakis perform several field sobriety tests. Winters Appx.12–17; Winters Appx. 8.

5. After Galanakis completed the field sobriety tests administered by Officer Winters, Officer Winters arrested Galanakis for OWI in violation of Iowa Code section 321J.2. Winters Appx.12–17; Winters Appx. 8 at 40:18–40:55; *see also* Doc. 40-2.

### Galanakis Was Released Without Charges

6. Galanakis was ultimately released and not charged with OWI in violation of Iowa Code section 321J.2 or any other offense. Doc. 23 ¶ 8; Doc. 32 ¶ 8.

### Galanakis Makes Public Statements About Officer Winters

7. On September 9, 2022, Galanakis posted a publicly viewable video under his account on the public video-sharing website called "YouTube" depicting the following written statement: "NATHAN WINTERS OF THE NEWTON POLICE DEPARTMENT CONVICTED OF DOMESTIC ABUSE." Doc. 23 ¶ 12.a.; Doc. 32 ¶ 12.a.; Winters Appx. 21–27; Winters Appx. 3 at 38:24–38:38; Winters Appx. 4.

---

[1] Pin citations to the video recording from Officer Winters's body camera are to the time stamp in the upper right-hand corner of the video.

8. Galanakis wrote the statement "NATHAN WINTERS OF THE NEWTON POLICE DEPARTMENT CONVICTED OF DOMESTIC ABUSE" depicted in the video Galanakis posted to YouTube on September 9, 2022. Doc. 23 ¶ 12.a.; Doc. 32 ¶ 12.a.; Winters Appx. 21–27; Winters Appx. 3 at 38:24–38:38; Winters Appx. 4.

9. The video that Galanakis posted to YouTube on September 9, 2022, depicting the statement "NATHAN WINTERS OF THE NEWTON POLICE DEPARTMENT CONVICTED OF DOMESTIC ABUSE" has been viewed approximately 2 million times. Winters Appx. 4.

10. Approximately 18,325 individuals have commented on the video that Galanakis posted to YouTube on September 9, 2022, depicting the statement "NATHAN WINTERS OF THE NEWTON POLICE DEPARTMENT CONVICTED OF DOMESTIC ABUSE." Winters Appx. 4

11. The video that Galanakis posted to YouTube on September 9, 2022, depicting the statement "NATHAN WINTERS OF THE NEWTON POLICE DEPARTMENT CONVICTED OF DOMESTIC ABUSE" is currently accessible and viewable at https://www.youtube.com/watch?v=so_bFYoIsow. Winters Appx. 4.

12. Officer Winters has never been charged with domestic abuse. Doc. 23 ¶ 13; Doc. 32 ¶ 13.

13. Officer Winters has never been convicted of domestic abuse. Doc. 23 ¶ 13; Doc. 32 ¶ 13; Winters Appx. 28–29. And Galanakis knows Officer Winters has never been convicted of domestic abuse. Winters Appx. 28–29.

14. So Galanakis's statement that Officer Winters was "convicted of domestic abuse" was false. Doc. 23 ¶ 13; Doc. 32 ¶ 13; Winters Appx. 28–29.

**Galanakis's Bases For Stating Officer Winters was Convicted of Domestic Abuse**

15. Galanakis's false statement that Officer Winters was convicted of domestic abuse was based on an online conversation he had with a person whose name he does not remember but who identified themself as Officer Winters's ex-girlfriend. Winters Appx. 25–31.

16. Galanakis does not remember what the person who identified themself as Officer Winter's ex-girlfriend told him during their online conversation, but that person never told Galanakis that Officer Winters was convicted of a crime, including domestic abuse. Winters Appx. 30.

17. Galanakis never met the person who identified themself as Officer Winter's ex-girlfriend in person. Winters Appx. 27–28.

18. Galanakis's false statement that Officer Winters was convicted of domestic abuse was also based on his review of only part of a document he located on Iowa Courts Online's website. Winters Appx. 25–31.

19. The document that Galanakis reviewed on Iowa Courts Online's website did not represent that Officer Winters had been convicted or charged with domestic abuse. Winters Appx. 25–31.

20. So neither of the two bases for Galanakis's statement that Officer Winters was convicted of domestic abuse supported Galanakis's statement. Winters Appx. 25–31.

**Galanakis's GoFundMe Donations and YouTube Revenue**

21. Around the time Galanakis posted the YouTube video depicting the statement "NATHAN WINTERS OF THE NEWTON POLICE DEPARTMENT CONVICTED OF DOMESTIC ABUSE" on September 9, 2022, Galanakis created a GoFundMe fundraiser on GoFundMe.com that solicited online donations to pay for Galanakis's prospective attorney fees in

connection with a lawsuit he wanted to file against Officer Winters and others for Officer Winters's decision to arrest Galanakis for OWI.  Winters Appx. 32–38.

22. Through his GoFundMe fundraiser, Galanakis received at least $2,768.00 in donations.  Winters Appx. 32–38.

23. Galanakis did not spend any of the donated money he received through GoFundMe on attorney fees.  Winters Appx. 32–38.

24. Galanakis spent approximately $1,768.00 of the donated money he received through GoFundMe on personal expenses and discretionary purchases.  Winters Appx. 32–38.

25. Approximately $1,000.00 of the donated money Galanakis received through GoFundMe is in his personal bank account.  Winters Appx. 32–38.

26. Galanakis also received at least $2,000.00 in ad revenue from the YouTube video he posted on September 9, 2022, depicting the statement "NATHAN WINTERS OF THE NEWTON POLICE DEPARTMENT CONVICTED OF DOMESTIC ABUSE."  Winters Appx. 38–40.

27. Galanakis received ad revenue based on the number of times the YouTube video he posted on September 9, 2022, depicting the statement "NATHAN WINTERS OF THE NEWTON POLICE DEPARTMENT CONVICTED OF DOMESTIC ABUSE" was viewed.  Winters Appx. 38–40.

Dated: December 13, 2023.

By:   */s/ Nicholas F. Miller*
     Matthew S. Brick, AT0001081
     Erin M. Clanton, AT0002592
     Douglas A. Fulton, AT0002672
     Nicholas F. Miller, AT0015361
     **BRICK GENTRY, P.C.**
     6701 Westown Parkway, Suite 100
     West Des Moines, IA 50266
     T: (515) 274-1450
     F: (515) 274-1488
     matt.brick@brickgentrylaw.com
     erin.clanton@brickgentrylaw.com
     doug.fulton@brickgentrylaw.com
     nick.miller@brickgentrylaw.com

     Counsel for Counterclaim Plaintiff
     NATHAN WINTERS

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, a true copy of the STATEMENT OF MATERIAL FACTS IN SUPPORT OF OFFICER WINTERS'S MOTION FOR PARTIAL SUMMARY JUDGMENT was electronically filed using the Court's CM/ECF system, which sent notice to counsel of record, as follows:

     Matthew M. Boles
     Adam C. Witosky
     GRIBBLE, BOLES, STEWART & WITOSKY LAW
     2015 Grand Avenue, Suite 200
     Des Moines, Iowa 50312
     mboles@gbswlaw.com
     awitosky@gbswlaw.com
     Counsel for Plaintiff/Counterclaim Defendant

     */s/    Nicholas F. Miller*
     **Nicholas F. Miller, AT0015361**