## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>        Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, et al.,<br>        Defendants. | CASE NO. 4:23-cv-00044<br><br><br>PLAINTIFF/COUNTERCLAIM DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIMS |
| NATHAN WINTERS AND CHRISTOPHER WING,<br>        Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br>        Counterclaim Defendant. | |

**COMES NOW** the Plaintiff/Counterclaim Defendant and for this Motion for Summary Judgment on Counterclaims states:

1.      Officer Nathan Winters and Lt. Christopher Wing, in their Amended Answer, Affirmative Defenses, and Counterclaim, have asserted Counterclaims for defamation and false light invasion of privacy against Tayvin Galanakis.

2.      Mr. Galanakis seeks summary judgment on these Counterclaims, as the alleged violating statements are either substantially true, insults or opinions not subject to precise meaning, or not directed at the complaining individual.

3.      Mr. Galanakis has attached a Brief, Statement of Undisputed Material Facts, and Appendix in support of this Motion. Pursuant to this Court's order, these

filings have been redacted for matters designated confidential.

**WHEREFORE** the Plaintiff/Counterclaim Defendant prays this Court grant this Motion for Summary Judgment on Counterclaims, granting judgment in his favor on all remaining Counterclaims, and for any addition relief in his favor this Court finds just and necessary.

**GRIBBLE, BOLES, STEWART & WITOSKY LAW**

BY:   */s/ Adam C. Witosky*

Matthew M. Boles             AT0001037
Adam C. Witosky              AT0010436
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Facsimile: (515) 243-3696
Email:      mboles@gbswlaw.com
            awitosky@gbswlaw.com
**ATTORNEYS FOR PLAINTIFF**

<u>**PROOF OF SERVICE**</u>

The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on December 14, 2023.  Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties can view and download the presented or filed document.

*/s/ Adam C. Witosky*