## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>          Plaintiff,<br><br>**v.**<br><br>**CITY OF NEWTON, IOWA, et al.,**<br>          Defendants. | **CASE NO. 4:23-cv-00044** |
| **NATHAN WINTERS AND CHRISTOPHER WING,**<br>          Counterclaim Plaintiffs,<br><br>**v.**<br><br>**TAYVIN GALANAKIS,**<br>          Counterclaim Defendant. | **PLAINTIFF/COUNTERCLAIM DEFENDANT'S MOTION TO EXTEND DEADLINES TO FILE RESPONSIVE PLEADINGS** |

**COMES NOW**, the Plaintiff/Counterclaim Defendant, Tayvin Galanakis, by and through his undersigned counsel, and in support of his Motion to Extend Deadlines to File Responsive Pleadings, respectfully states to the Court as follows:

1.      On December 6, 2023, Defendants filed their Motion for Summary Judgment seeking judgment as a matter of law on all of Plaintiff/Counterclaim Defendant Tayvin Galanakis' claims set forth in his Complaint.

2.      On December 13, 2023, Defendant/Counterclaim Plaintiff Nathan Winters filed his Motion for Partial Summary Judgment seeking judgment as to liability on his Defamation and False Light Invasion of Privacy counterclaims against Mr. Galanakis.

3.     On December 14, 2023, Mr. Galanakis filed his Motion for Summary Judgment seeking judgment as a matter of law on all of Defendants/Counterclaim Plaintiffs', Nathan Winters and Christopher Wing's counterclaims.

4.     Presently, pursuant to Local Rule 56(b), Mr. Galanakis' deadline to file a Resistance to Defendants' December 6, 2023 Motion for Summary Judgment is twenty-one (21) days from the date of filing, or December 27, 2023.

5.     Presently, pursuant to Local Rule 56(b), Mr. Galanakis' deadline to file a Resistance to Mr. Winters' December 13, 2023 Motion for Partial Summary Judgment is twenty-one (21) days from the date of filing, or January 3, 2024.

6.     Presently, pursuant to Local Rule 56(b), Mr. Winters and Mr. Wing's deadline to file a Resistance to Mr. Galanakis' December 14, 2023 Motion for Summary Judgment is twenty-one (21) days from the date of filing, or January 4, 2024.

7.     The undersigned would request an extension of all three deadlines as the undersigned has contracted COVID-19, has been out of the office for four days, continues to be symptomatic, and is still testing positive as of the date of filing.

8.     Additionally, with the upcoming federal holidays and subsequent court closures, this requested extension is reasonable to allow the parties to adequately resist any and all Motions for Summary Judgment in the above-captioned matter.

9.     Furthermore, the undersigned currently has deadlines as follows:

- an Appellate Brief due on January 3, 2024 in *Julian Toney v. Arthur Parker, et. al.*, Supreme Court Case No. 23-1830;

- a Resistance to a Motion for Summary Judgment due on January 8, 2024

2

in *Rene Valdivia, et. al v. Derek Porsch, et. al*, Southern District Court of Iowa Case No. 1:23-cv-00003-SHL-HCA; and

- a Resistance to a Motion for Summary Judgment due on January 15, 2024 in *Jeffrey Goodwin v. State of Iowa*, Iowa District Court Case No. CVCV026972.

10.    Therefore, the undersigned requests the December 27, 2023 deadline be extended to January 10, 2024, and the January 3 and 4, 2024 deadlines be extended to January 18, 2024.

11.    A hearing is currently set for January 8, 2024 on the motions for summary judgment. Due to this request, the hearing will also need to be reset until the end of the briefing.

12.    The undersigned has communicated with opposing counsel, who has indicated they will resist the proposed extension set forth above but will not object to a one week extension of all deadlines.

13.    Trial in this matter is not set to commence until May 13, 2024, giving adequate time for submission of the requisite briefing, a hearing on the Motions, and time for this Court to issue their rulings.

14.    Neither party would be prejudiced by the requested extensions.

15.    Good cause exists to grant this Motion.

16.    It is in the interest of justice and judicial economy to grant this Motion.

**WHEREFORE**, the Plaintiff/Counterclaim Defendant, for the reasons set forth above, requests this Court enter an Order extending the deadlines for both parties to file their resistance pleadings to the dates set forth above, and grant any further relief this Court deems necessary and proper under the circumstances.

**GRIBBLE, BOLES, STEWART & WITOSKY LAW**

BY:  */s/ Adam C. Witosky*
      Matthew M. Boles        AT0001037
      Adam C. Witosky        AT0010436
      2015 Grand Avenue, Suite 200
      Des Moines, Iowa 50312
      Telephone: (515) 235-0551
      Facsimile: (515) 243-3696
      Email:     mboles@gbswlaw.com
                 awitosky@gbswlaw.com
**ATTORNEYS FOR PLAINTIFF/
COUNTERCLAIM DEFENDANT**

### PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on December 21, 2023.  Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties can view and download the presented or filed document.

      */s/ Adam C. Witosky*