UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br>    Defendants.<br><br>NATHAN WINTERS and CHRISTOPHER WING,<br>    Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br>    Plaintiff/Counterclaim Defendant. | No. 4:23-cv-00044-SHL-SBJ<br><br>**DEFENDANTS/COUNTERCLAIM PLAINTIFFS' RESISTANCE TO PLAINTIFF/COUNTERCLAIM DEFENDANTS' MOTION TO EXTEND DEADLINES TO FILE RESPONSIVE PLEADINGS**<br><br><br><br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

Under Local Rule 7.e., Defendants/Counterclaim Plaintiffs City of Newton, Iowa (the "City"), Chief Rob Burdess, Officer Nathan Winters, and Lieutenant Christopher Wing (collectively, the "Defendants") submit this Resistance to Plaintiff/Counterclaim Defendant Tayvin Galanakis's ("Galanakis") Motion to Extend Deadlines to File Responsive Pleadings, Doc. 47.

**Summary of Resistance**

Galanakis is seeking a two-week extension of the parties' deadlines to respond to the three pending motions for summary judgment. *See* Docs. 47, 46, 45, 40. While the Defendants oppose

1

a two-week extension, they do not oppose a one-week extension.  The reason for the Defendants' position is the final pretrial conference is scheduled for April 25, 2024, and trial is scheduled to begin May 13, 2024.  Galanakis's two-week extension would mean reply briefing and the hearing will not be completed until at least January 26, 2024, over two weeks longer than the current schedule.  *See* Docs. 41 & 46.  This provides the Court a meaningfully shorter amount of time to rule on the motions for summary judgment before the pretrial conference, and it will cause the parties to begin substantial trial preparation before the Court rules on the motions for summary judgment.  *See* Doc. 12.  Therefore, the Defendants believe a one-week extension is much more appropriate than a two-week extension and will adequately accommodate the needs of Galanakis's counsel.

## Summary Judgment Deadlines

The parties filed three different motions for summary judgment:

(1) The City, Chief Burdess, Lieutenant Wing, and Officer Winters filed a motion for summary judgment on December 6, 2023, requiring Galanakis to file his response on or before December 27, 2032, *see* Doc. 40;

(2) Officer Winters filed a motion for partial summary judgment on December 13, 2023, requiring Galanakis to file his response on or before January 3, 2024, *see* Doc. 45 ; and

(3) Galanakis filed a motion for summary judgment on December 14, 2023, requiring Lieutenant Wing and Officer Winters to file their response on or before January 4, 2024, *see* Doc. 46.

## Pretrial Conference and Trial Dates

A pretrial conference is scheduled for April 25, 2024, and trial is scheduled to begin on

May 13, 2024.  Docs. 11 & 12.

### Galanakis's Motion to Extend

Galanakis asks the Court to extend the parties' deadlines to respond to the pending summary judgment motions by two weeks as follows:

(1)     Galanakis asks the Court to extend his deadline to respond to the Defendants' motion for summary judgment from December 27, 2023, to January 10, 2024;

(2)     Galanakis asks the Court to extend his deadline to respond to Officer Winters motion for partial summary judgment from January 3, 2024, to January 18, 2024; and

(3)     Galanakis asks the Court to extend Lieutenant Wing and Officer Winters's deadlines to respond to Galanakis's motion for summary judgment from January 4, 2024, to January 18, 2024.  Doc. 47.

As grounds for the requested two-week extension, Galanakis cites contraction of COVID-19 by one of his two counsel of record, the holiday season, and the work load of one of his two counsel of record.

### Defendants' Resistance

A two-week extension is inappropriate because it likely interferes with the pretrial conference date and the trial date. It also risks wasting the parties' resources because a two-week extension will likely require the parties to begin substantial trial preparation before the Court rules on the motions for summary judgment.

Currently, all briefing and the currently scheduled hearing are scheduled to be completed by January 11, 2024.  With Galanakis's requested two-week extension, these things will not be completed until January 26, 2024, at the earliest.  The Court will then need time to consider and

rule on the three pending summary judgment motions. And in the meantime, the parties will need to begin preparing their pretrial filings and disclosures. They will also need to begin their witness preparation, exhibit preparation, and trial presentation strategies. In light of all this, the Defendants believe that a one-week extension is more appropriate than a two-week extension. It is adequate to address the needs of Galanakis's counsel and at least attempts to avoid interfering with future case progression deadlines.

Dated: December 21, 2023.

By: */s/ Nicholas F. Miller*
Matthew S. Brick, AT0001081
Erin M. Clanton, AT0002592
Douglas A. Fulton, AT0002672
Nicholas F. Miller, AT0015361
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
T: (515) 274-1450
F: (515) 274-1488
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
doug.fulton@brickgentrylaw.com
nick.miller@brickgentrylaw.com

Counsel for Defendants
CITY OF NEWTON, ROB BURDESS,
NATHAN WINTERS and CHRISTOPHER
WING

Counsel for Counterclaim Plaintiffs
NATHAN WINTERS and CHRISTOPHER
WING

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, a true copy of DEFENDANTS/COUNTERCLAIM PLAINTIFFS' RESISTANCE was electronically filed using the Court's CM/ECF system, which sent notice to counsel of record, as follows:

>Matthew M. Boles
>Adam C. Witosky
>GRIBBLE, BOLES, STEWART &
>WITOSKY LAW
>2015 Grand Avenue, Suite 200
>Des Moines, Iowa 50312
>mboles@gbswlaw.com
>awitosky@gbswlaw.com
>Counsel for Plaintiff/Counterclaim Defendant

>*/s/     Nicholas F. Miller*
>**Nicholas F. Miller, AT0015361**