# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>    Plaintiff,<br><br>v.<br><br>**CITY OF NEWTON, IOWA, et al.,**<br>    Defendants. | CASE NO. 4:23-cv-00044<br><br><br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT'S UNRESISTED APPLICATION TO FILE RESISTANCE TO SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS UNDER SEAL PER LOCAL RULE 5(c)** |
| **NATHAN WINTERS AND CHRISTOPHER WING,**<br>    Counterclaim Plaintiffs,<br><br>v.<br><br>**TAYVIN GALANAKIS,**<br>    Counterclaim Defendant. | |

**COMES NOW** the Plaintiff/Counterclaim Defendant and for this Unresisted Application to File Resistance to Summary Judgment and Supporting Documents Under Seal Per Local Rule 5(c) states:

1. The deadline for resisting Defendants' Motion for Summary Judgment is January 10, 2023.

2. On September 29, 2023, a Stipulated Protective Order was entered by the Court. Under this Order, the parties were empowered to designate information as Confidential, restricting who is permitted to see matters so designated.

3. This Order does not change the requirement to seek permission from the Court before "Confidential" documents can be filed under seal.

4. Per Local Rule 5(c), if a document is permitted to be filed under seal, "then the parties thereafter must, without obtaining a further order from the court, docket and electronically file under seal all documents covered by the order. The parties also must file under seal all documents referring to or disclosing confidential information in the sealed documents." LR 5(c)(1).

5. Counsel for Defendants have designated answers to interrogatories, investigative reports, and deposition testimony "confidential." Such documents must be presented and discussed to resist Defendants' Motion for Summary Judgment.

6. To abide by the Protective Order and the Local Rules, Plaintiff seeks permission to file his Resistance to Summary Judgment and supporting documents under seal. Plaintiff expects to seek permission to file an overlength brief, necessitating it being filed under seal.

7. Undersigned counsel has communicated with Counsel for Defendants about this Application, who does not object to these being filed under seal.

**WHEREFORE,** the Plaintiff/Counterclaim Defendant prays this Court grant this Application to File Resistance to Summary Judgment and Supporting Documents Under Seal.

**GRIBBLE, BOLES, STEWART & WITOSKY LAW**

BY: */s/ Adam C. Witosky*
Matthew M. Boles           AT0001037
Adam C. Witosky            AT0010436
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Facsimile:  (515) 243-3696
Email:      mboles@gbswlaw.com

2

awitosky@gbswlaw.com

**ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on January 9, 2024. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties can view and download the presented or filed document.

*/s/ Adam C. Witosky*