# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>    Plaintiff,<br><br>v.<br><br>**CITY OF NEWTON, IOWA, et al.,**<br>    Defendants. | CASE NO. 4:23-cv-00044<br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT'S RESISTANCE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| **NATHAN WINTERS AND CHRISTOPHER WING,**<br>    Counterclaim Plaintiffs,<br><br>v.<br><br>**TAYVIN GALANAKIS,**<br>    Counterclaim Defendant. | ***FILED UNDER SEAL*** |

**COMES NOW** the Plaintiff and for this Resistance to Defendants' Motion for Summary Judgment states:

1. Defendants seek summary judgment on all Plaintiff's claims.

2. Plaintiff has attached a Response to Defendants' Statement of Undisputed Material Facts, a Statement of Additional Material Facts, and an Appendix in resistance. Contemporaneously, Plaintiff is filing an Unresisted Motion to File Overlength Brief to which the Brief is attached.

3. As set out therein, genuine disputes of material fact exist as to Officer Nathan Winters and Lt. Christopher Wing of the Newton Police Department detaining, and arresting Ryan Wolterman without reasonable suspicion or probable

cause as required by the Fourth Amendment and Iowa law.

4. This arrest resulted from decisions by policy makers for the Newton Police Department, who permits officers to conduct OWI investigations while questioning the officer's competence to conduct them. Chief Rod Burdess and the City of Newton are liable for directly contributing to the violations, and vicariously liable as Officer Winters and Wing's employer.

5. Tayvin should be permitted to pursue his claim under the Iowa Constitution as retroactively depriving him of this cause of action violates substantive due process.

**WHEREFORE,** the Plaintiff prays Defendants' Motion for Summary Judgment be denied, and for any additional relief in his favor this Court finds just and necessary.

**GRIBBLE, BOLES, STEWART & WITOSKY LAW**

BY: */s/ Adam C. Witosky*

Matthew M. Boles     AT0001037
Adam C. Witosky     AT0010436
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Facsimile: (515) 243-3696
Email:    mboles@gbswlaw.com
           awitosky@gbswlaw.com

**ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on January 10, 2024.  Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties can view and download the presented or filed document.

*/s/ Tami Fairchild*