# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>     Plaintiff,<br><br>v.<br><br>**CITY OF NEWTON, IOWA, et al.,**<br>     Defendants. | CASE NO. 4:23-cv-00044<br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT'S UNRESISTED MOTION TO FILE OVERLENGTH BRIEF RESISTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>*FILED UNDER SEAL* |
| **NATHAN WINTERS AND CHRISTOPHER WING,**<br>     Counterclaim Plaintiffs,<br><br>v.<br><br>**TAYVIN GALANAKIS,**<br>     Counterclaim Defendant. | |

**COMES NOW** the Plaintiff/Counterclaim Defendant and for this Motion to File Overlength Brief Resisting Defendants' Motion for Summary Judgment states:

1.  This case presents a combination of federal and state civil rights claims, derivative Monell claims, and common law claims arising out of Plaintiff's seizure.

2.  Defendants have filed for summary judgment on all Plaintiff's claims, with January 10, 2024 the deadline to resist.

3.  Leave to file an overlength brief is necessary to permit Plaintiff to address Defendants' arguments.

4.  Plaintiff cannot adequately resist summary judgment within the 20-page limit set by Local Rule 7(h). Not counting those sections specifically excluded

from the page count, Plaintiff's brief is approximately eleven pages over the limit.

  5. Under Local Rule 7(l), the undersigned contacted Defendants' counsel, who does not object to Plaintiff's request to file an overlength brief.

  6. Under Local Rules 7(h) and 56(b), Plaintiff's brief is attached. As this Court previously granted Plaintiff permission to file this brief under seal, this Motion is filed under seal per the prior order.

      **GRIBBLE, BOLES, STEWART & WITOSKY LAW**

    BY: */s/ Adam C. Witosky*
      Matthew M. Boles   AT0001037
      Adam C. Witosky    AT0010436
      2015 Grand Avenue, Suite 200
      Des Moines, Iowa 50312
      Telephone: (515) 235-0551
      Facsimile: (515) 243-3696
      Email:  mboles@gbswlaw.com
          awitosky@gbswlaw.com
      **ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**

  The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on January 10, 2024. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

  Copies have been provided to all registered parties because once the document is posted, those parties can view and download the presented or filed document.

       */s/ Tami Fairchild*