UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br>    Defendants.<br><br>NATHAN WINTERS and CHRISTOPHER WING,<br>    Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br>    Plaintiff/Counterclaim Defendant. | No. 4:23-cv-00044-SHL-SBJ<br><br>**SUPPLEMENTAL APPENDIX IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

Under Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.d., Defendants City of Newton, Iowa (the "City"), Chief Rob Burdess, Officer Nathan Winters, and Lieutenant Christopher Wing (collectively, "Defendants") submit this Supplemental Appendix in support of their Motion for Summary Judgment.

                                                By:   */s/ Nicholas F. Miller*
                                                          Matthew S. Brick, AT0001081
                                                          Erin M. Clanton, AT0002592
                                                          Douglas A. Fulton, AT0002672
                                                          Nicholas F. Miller, AT0015361
                                                          **BRICK GENTRY, P.C.**
                                                          6701 Westown Parkway, Suite 100
                                                          West Des Moines, IA 50266
                                                          T: (515) 274-1450

F: (515) 274-1488
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
doug.fulton@brickgentrylaw.com
nick.miller@brickgentrylaw.com

Counsel for Defendants CITY OF NEWTON, ROB BURDESS, NATHAN WINTERS and CHRISTOPHER WING

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, a true copy of the SUPPLEMENTAL APPENDIX IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT was electronically filed using the Court's CM/ECF system, which sent notice to counsel of record, as follows:

Matthew M. Boles
Adam C. Witosky
GRIBBLE, BOLES, STEWART & WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
mboles@gbswlaw.com
awitosky@gbswlaw.com
Counsel for Plaintiff/Counterclaim Defendant

/s/   Nicholas F. Miller
**Nicholas F. Miller, AT0015361**

**TABLE OF CONTENTS**

I.     Declaration of Nicholas Miller ……………………….………… Def. Suppl. Appx. 1

II.    Excerpts from Plaintiff Tayvin Galanakis's Deposition Transcript …..Def. Suppl. Appx. 2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>　　　Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br>　　　Defendants. | No. 4:23-cv-00044-SHL-SBJ<br><br><br><br>**DECLARATION OF NICHOLAS MILLER** |
| NATHAN WINTERS and CHRISTOPHER WING,<br>　　　Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br>　　　Plaintiff/Counterclaim Defendant. | <br><br><br><br><br><br>Removed from the District Court for<br>Jasper County, Iowa, No. LACV123038 |

I, Nicholas F. Miller, under 28 U.S.C. §1746, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.　I am counsel of record in this action for Counterclaim Plaintiff Nathan Winters.

2.　Attached to my Declaration are true and accurate copies of excerpts from Plaintiff Tayvin Galanakis's deposition.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 17, 2024.

　　　　　　　　　　　　　　　　　　　　　*/s/ Nicholas F. Miller*

1

DEF. SUPPL. APPX. 1

```
 1              UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF IOWA
 2                     CENTRAL DIVISION

 3
     - - - - - - - - - - - - - - - - -
 4   TAYVIN GALANAKIS,                :
                                      :        ORIGINAL
 5        Plaintiff,                  :
     vs.                              : Case No.
 6                                    : 4:23-cv-000044
                                      :
 7   CITY OF NEWTON, IOWA, ROB        :
     BURDESS, NATHAN WINTERS,         :
 8   CHRISTOPHER WING, individually:
     and in their official            :
 9   capacities with the Newton       :
     Police Department,               :
10                                    :
          Defendants.                 :
11   - - - - - - - - - - - - - - - - -
     NATHAN WINTERS and               :
12   CHRISTOPHER WING,                :
                                      :
13        Counterclaim Plaintiffs,:
                                      :
14   vs.                              :
                                      :
15   TAYVIN GALANAKIS,                :
                                      :
16        Counterclaim Defendant.  :
     - - - - - - - - - - - - - - - - -
17

18     VIDEO-RECORDED DEPOSITION OF TAYVIN GALANAKIS,

19   taken by the Defendants/Counterclaim Plaintiffs

20   before Jessi C. Lass, Certified Shorthand Reporter

21   of the State of Iowa, at 6701 Westown Parkway, Suite

22   100, Des Moines, Iowa, commencing at 2:14 p.m.,

23   Friday, November 10, 2023.

24

25       JESSI C. LASS - CERTIFIED SHORTHAND REPORTER
```

Case 4:23-cv-00044-SHL-SBJ   Document 61-2   Filed 01/17/24   Page 6 of 8

TAYVIN GALANAKIS vs CITY OF NEWTON, et al.
TAYVIN GALANAKIS  11/10/2023                                         Page 2

```
 1                    A P P E A R A N C E S

 2    For the Plaintiff/Counterclaim Defendant:

 3         CHRISTOPHER C. STEWART, ESQ.
           GRIBBLE, BOLES, STEWART & WITOSKY LAW FIRM
 4         2015 Grand Avenue, Suite 200
           Des Moines, Iowa 50312
 5

 6    For the Defendants/Counterclaim Plaintiffs:

 7         NICHOLAS F. MILLER, ESQ.
           BRICK GENTRY PC
 8         6701 Westown Parkway, Suite 100
           West Des Moines, Iowa 50266
 9

10    Videographer:
           AMY COOPER
11         FIDELITY VIDEO SERVICES, INC.

12    Also present:
           NATHAN WINTERS
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 4:23-cv-00044-SHL-SBJ   Document 61-2   Filed 01/17/24   Page 7 of 8

TAYVIN GALANAKIS vs CITY OF NEWTON, et al.
TAYVIN GALANAKIS  11/10/2023                                    Page 3

```
 1              T A B L E   O F   C O N T E N T S

 2   WITNESS:  TAYVIN GALANAKIS                              PAGE

 3   Examination By Mr. Miller ........................5

 4   Examination By Mr. Stewart .....................120

 5
```

```
 6   EXHIBITS                                          PAGE FIRST
                                                       REFERENCED
 7   1   - Body cam video (City ID 00630) ..............20

 8   2   - NAIA drug-testing policy manual ............56

 9   3   - Video (City ID 00627) ......................65

10   4   - 8/29/22 Facebook post by Galanakis .........75

11   5   - Facebook comment string ....................87

12   6   - 11/1/22 Facebook post by Galanakis .........91

13   7   - GoFundMe page for Galanakis ................96

14   8   - William Penn University "Drug Education ...114
         and Testing Program Policy"
15
     CERTIFICATE OF REPORTER..........................123
16
```

```
17   Reporter's Note:  The original exhibits were
     forwarded to Mr. Miller.
18
     (ph) indicates a phonetic spelling.
19   [sic] indicates the text is as stated.
     Quoted text is as stated by the speaker.
20

21

22

23

24

25
```

DEF. SUPPL. APPX. 4

Case 4:23-cv-00044-SHL-SBJ   Document 61-2   Filed 01/17/24   Page 8 of 8

TAYVIN GALANAKIS vs CITY OF NEWTON, et al.
TAYVIN GALANAKIS  11/10/2023                                    Page 120

1  best throughout the whole situation.  I could have
2  composed myself a lot better.
3          MR. MILLER:  Okay.  Mr. Galanakis, I don't
4  have any other questions for you.  Your counsel may
5  have some questions.  I don't know.  But I
6  appreciate you being here today.
7          THE WITNESS:  Thank you.
8          MR. STEWART:  Let's take about five
9  minutes.
10         THE VIDEOGRAPHER:  Off the record at
11  5:13 p.m.
12         (A brief recess was taken.)
13         THE VIDEOGRAPHER:  On the record at
14  5:15 p.m.
15                    EXAMINATION
16 BY MR. STEWART:
17     Q.   Tayvin, you mentioned earlier you'd been
18  pulled over at least once or -- well, let me ask you
19  this:  How many times have you been pulled over for
20  the headlight issue?
21     A.   Three different times.
22     Q.   Outside of your interaction with Officer
23  Winters and the other defendants from Newton, in
24  those other interactions being pulled over, were you
25  ever pulled out of the vehicle and run through field