UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br>    Defendants.<br><br>NATHAN WINTERS and CHRISTOPHER WING,<br>    Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br>    Plaintiff/Counterclaim Defendant. | No. 4:23-cv-00044-SHL-SBJ<br><br>**COUNTERCLAIM PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br><br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

    Under Local Rule 5.c., Defendants Lieutenant Christopher Wing and Officer Nathan Winters (together, "Counterclaimants") move to file the documents resisting Plaintiff Tayvin Galanakis's ("Galanakis") Motion for Summary Judgment, Doc. 44, under seal. In support of their Motion Counterclaimants state:

    1.    On December 13, 2023, Galanakis filed a Motion for Summary Judgment seeking summary judgment on Counterclaimants counterclaims. Doc. 44.

    2.    Counterclaimants' time to resist Galanakis's Motion for Summary Judgment is January 18, 2024.

    3.    Previously in this case, the Court entered the parties' Stipulated Protective Order

1

allowing the parties to designate certain documents, testimony, and other information confidential. Doc. Doc. 37.

4. Under the Stipulated Protective Order, Counterclaimants designated certain documents and information related to Galanakis's false statements that Officer Winters was convicted of domestic abuse confidential, including interrogatory answers, internal investigation documents, declarations, and deposition testimony.

5. To support his Motion for Summary Judgment, Galanakis relied on documents and information designated confidential under the Stipulated Protective Order.  So he filed his Motion for Summary Judgment and supporting documents under seal.

6. To resist Galanakis's Motion for Summary Judgment, Counterclaimants must address the documents and information Galanakis already filed under seal, requiring Counterclaimants to file their documents resisting the Motion for Summary Judgment under seal.

7. Also, to resist Galanakis's Motion for Summary Judgment, Counterclaimants will rely on documents and information designated confidential under the Stipulated Protective Order, including a declaration denying the false statements made by Galanakis.

8. Counterclaimant therefore intend to include confidential documents and information in their brief resisting summary judgment, as well as their response to the statement of material facts and appendices.

9. On January 17, 2024, Nicholas F. Miller, undersigned counsel for the Counterclaimants, personally conferred with Adam C. Witosky, counsel for Galanakis, and Galanakis consents to Counterclaimants filing their resistance to Galanakis's Motion for Summary Judgment, including their brief, response to the statement of material facts, and appendices, under seal under Local Rule 5.c.

WHEREFORE, Counterclaimants respectfully requests that the Court grant their Motion to File Documents Under Seal and grant Counterclaimants leave to file a brief, response to statement of material facts, and appendices resisting Galanakis's Motion for Summary Judgment, Doc. 44.

Dated: January 18, 2023.

By:    <u>/s/ Nicholas F. Miller</u>
Matthew S. Brick, AT0001081
Erin M. Clanton, AT0002592
Douglas A. Fulton, AT0002672
Nicholas F. Miller, AT0015361
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
T: (515) 274-1450
F: (515) 274-1488
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
doug.fulton@brickgentrylaw.com
nick.miller@brickgentrylaw.com

Counsel for Defendants CITY OF NEWTON, IOWA, ROB BURDESS, CHRISTOPHER WING, and NATHAN WINTERS

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2023, a true copy of Counterclaimants' MOTION TO FILE DOCUMENTS UNDER SEAL was electronically filed using the Court's CM/ECF system, which sent notice to counsel of record, as follows:

Matthew M. Boles
Adam C. Witosky
GRIBBLE, BOLES, STEWART & WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
mboles@gbswlaw.com
awitosky@gbswlaw.com
Counsel for Plaintiff/Counterclaim Defendant

*/s/ Nicholas F. Miller*
**Nicholas F. Miller, AT0015361**