IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>      Plaintiff,<br><br>v.<br><br>**CITY OF NEWTON, IOWA, et al.,**<br>      Defendants. | CASE NO. 4:23-cv-00044<br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT'S RESISTANCE TO COUNTERCLAIM PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*FILED UNDER SEAL* |
| **NATHAN WINTERS AND CHRISTOPHER WING,**<br>      Counterclaim Plaintiffs,<br><br>v.<br><br>**TAYVIN GALANAKIS,**<br>      Counterclaim Defendant. | |

**COMES NOW** the Counterclaim Defendant and in Resistance to Counterclaim Plaintiff Nathan Winters' Motion for Partial Summary Judgment states:

1.  Counterclaim Plaintiff Nathan Winters seeks summary judgment as to liability on his counterclaims for defamation and false light invasion of privacy.

2.  Plaintiff has attached a Brief, Response to Counterclaim Plaintiff's Statement of Undisputed Material Facts, a Statement of Additional Material Facts, and an Appendix in resistance.

3.  As set out therein, Officer Winters cannot establish either his claim for defamation or false light invasion of privacy and is not entitled to summary judgment.

**WHEREFORE,** the Counterclaim Defendant prays Counterclaim Plaintiff Nathan Winters' Motion for Partial Summary Judgment be denied, and for any additional relief in his favor this Court finds just and necessary.

        **GRIBBLE, BOLES, STEWART & WITOSKY LAW**

BY: */s/ Adam C. Witosky*
     Matthew M. Boles      AT0001037
     Adam C. Witosky       AT0010436
     2015 Grand Avenue, Suite 200
     Des Moines, Iowa 50312
     Telephone: (515) 235-0551
     Facsimile:  (515) 243-3696
     Email:    mboles@gbswlaw.com
               awitosky@gbswlaw.com
**ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on January 18, 2024.  Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties can view and download the presented or filed document.

*/s/ Tami Fairchild*