# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>  Plaintiff,<br><br>v.<br><br>**CITY OF NEWTON, IOWA, et al.,**<br>  Defendants. | CASE NO. 4:23-cv-00044<br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT'S UNRESISTED APPLICATION TO FILE REPLY TO RESISTANCE TO COUNTERCLAIM DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS UNDER SEAL PER LOCAL RULE 5(c)** |
| **NATHAN WINTERS AND CHRISTOPHER WING,**<br>  Counterclaim Plaintiffs,<br><br>v.<br><br>**TAYVIN GALANAKIS,**<br>  Counterclaim Defendant. | |

**COMES NOW** the Plaintiff/Counterclaim Defendant and for this Unresisted Application to File Reply to Resistance to Counterclaim Defendant's Motion for Summary Judgment and Supporting Documents Under Seal states:

1. Counterclaim Plaintiffs' Resistance to Tayvin's Motion for Summary Judgment on Counterclaims was filed January 18, 2024. Plaintiff intends to resist.

2. On September 29, 2023, a Stipulated Protective Order was entered by the Court. Under this Order, the parties were empowered to designate information as Confidential, restricting who is permitted to see matters so designated.

3. This Order does not change the requirement to seek permission from the Court before "Confidential" documents can be filed under seal.

4. Per Local Rule 5(c), if a document is permitted to be filed under seal, "then the parties thereafter must, without obtaining a further order from the court, docket and electronically file under seal all documents covered by the order. The parties also must file under seal all documents referring to or disclosing confidential information in the sealed documents." LR 5(c)(1).

5. Counsel for Defendants/Counterclaim Plaintiffs have designated answers to interrogatories, investigative reports, and deposition testimony "confidential," with such materials generally related to allegations of domestic abuse against Winters.

6. As Plaintiff/Counterclaim Defendant seeks summary judgment on the Counterclaims, it is necessary to include these documents in the appendix and to discuss their contents in the brief and statement of undisputed material facts.

7. In an effort to abide by the Protective Order and the Local Rules, Plaintiff/Counterclaim Defendant seeks permission to file his Reply and supporting documents under seal.

8. Undersigned counsel has communicated with Counsel for Defendants/Counterclaim Plaintiffs about this Application, who does not object to these being filed under seal.

**WHEREFORE,** the Plaintiff/Counterclaim Defendant prays this Court grant this Application to File Reply to Resistance to Counterclaim Defendant's Motion for Summary Judgment and Supporting Documents Under Seal.

**GRIBBLE, BOLES, STEWART & WITOSKY LAW**

BY:     */s/ Adam C. Witosky*
        Matthew Boles        AT0001037
        Adam C. Witosky      AT0010436
        2015 Grand Avenue, Suite 200
        Des Moines, Iowa 50312
        Telephone: (515) 235-0551
        Fax: (515) 243-3696
        Email: mboles@gbswlaw.com
               awitosky@gbswlaw.com

**ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**

    The undersigned certifies that the foregoing instrument was **electronically filed** on EDMS on January 19, 2024. Subject to the exceptions cited therein, Iowa Court Rule 16.315 provides that this electronic filing, once electronically posted to the registered case party's EDMS account, constitutes service for purposes of the Iowa Court Rules.

    Copies have been provided to all registered parties because once the document is posted, those parties are able to view and download the presented or filed document.

               */s/ Adam C. Witosky*