IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>　　Plaintiff,<br><br>v.<br><br>**CITY OF NEWTON, IOWA, et al.,**<br>　　Defendants. | **CASE NO. 4:23-cv-00044**<br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT'S RESPONSE TO STATEMENT OF ADDITIONAL FACTS RESISTING MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIMS**<br><br>*****REDACTED***** |
| **NATHAN WINTERS AND CHRISTOPHER WING,**<br>　　Counterclaim Plaintiffs,<br><br>v.<br><br>**TAYVIN GALANAKIS,**<br>　　Counterclaim Defendant. | |

**COMES NOW** the Plaintiff/Counterclaim Defendant and for this Response to Statement of Additional Facts states:

1. Counterclaim Defendant admits ¶1.

2. Counterclaim Defendant admits ¶2.

3. Counterclaim Defendant denies ¶3. (Appx. 54-56, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Counterclaimants.Appx. 10 [01:11-01:35, 02:04-02:07, 03:44-03:46, 10:00-12:11, 14:24-17:18, 17:27-19:35, 22:10-22:14, 26:26-29:50][1]; Supp.Appx. 11 [28:6-17], ▮▮▮▮▮▮▮▮, 18-19 [13:21-14:6], 20

---

[1] Counterclaimants.Appx. 10 is Officer Winters' body camera video as submitted by Defendants with the time reference being to the video's top-right timestamp.

[18:13-19:3], 22-23.)

4. Counterclaim Defendant qualifies ¶4 by stating Officer Winters administered field sobriety tests, but denies all tests were administered correctly. (Appx. 54-56, ███████████████; Supp.Appx. 18-19 [13:21-14:6], 20 [18:13-19:3], 22-23.)

5. Counterclaim Defendant admits ¶5.

6. ████████████████████████████████████████████████████████████████████████████████████████████████████████████ (Appx. 56; ████████████████████.)

7. Counterclaim Defendant qualifies ¶7 by stating that on the page accessed when following the link, the enlarged grey text box between the video and the comments includes the clarifying statement, "Officer Nathan Winters has a no contact order involving domestic abuse in 2021 after beating his ex girlfriend. The Chief of police Rob Burdess allowed Nathan Winters to keep his job as an officer even after the news of domestic abuse." (Counterclaimants.Appx. 1-2 [¶3-4], 5-6.)

8. Counterclaim Defendant qualifies ¶8 by stating that on the page accessed when following the link, the enlarged grey text box between the video and the comments includes the clarifying statement, "Officer Nathan Winters has a no contact order involving domestic abuse in 2021 after beating his ex girlfriend. The Chief of police Rob Burdess allowed Nathan Winters to keep his job as an officer even after the news of domestic abuse." (Counterclaimants.Appx. 1-2 [¶3-4], 5-6.)

9. Counterclaim Defendant admits ¶9.

10. Counterclaim Defendant admits ¶10.

11. Counterclaim Defendant admits ¶11.

12. Counterclaim Defendant admits ¶12.

13. Counterclaim Defendant admits ¶13.

14. Counterclaim Defendant admits ¶14.

15. Counterclaim Defendant denies ¶15. (Appx. 21-22 [¶4-12], 34-40.) [redacted]

16. Counterclaim Defendant denies ¶16. (Appx. 21-22 [¶4-12], 34-40.) [redacted]

17. Counterclaim Defendant denies ¶17. (Appx. 21-22 [¶4-12], 34-40.) [redacted]

18. Counterclaim Defendant denies ¶18. (Appx. 21-22 [¶4-12], 34-40.) [redacted]

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████

19. Counterclaim Defendant qualifies ¶19 by stating the ex-girlfriend whom Officer Winters abused and communicated with Tayvin has been identified. (Supp.Appx. 3-8.)

20. Counterclaim Defendant qualifies ¶19 by stating the ex-girlfriend whom Officer Winters abused and communicated with Tayvin has been identified. (Supp.Appx. 3-8.)

21. Counterclaim Defendant admits ¶21.

22. Counterclaim Defendant admits ¶22.

23. Counterclaim Defendant admits ¶23.

24. Counterclaim Defendant qualifies ¶20 by stating Officer Winters committed domestic abuse against Ms. Van Der Hart. (Appx. 21-22 [¶4-12], 34-40, ███

███████████████████████████████████████

███.)

25. Counterclaim Defendant admits ¶25.

26. Counterclaim Defendant admits ¶26.

27. Counterclaim Defendant admits ¶27.

28. Counterclaim Defendant admits ¶28.

29. Counterclaim Defendant admits ¶29.

30. Counterclaim Defendant qualifies ¶30 as the only video on Tayvin's

4

YouTube account is the one posted of his stop. (Supp.Appx. 24 - accessible at https://www.youtube.com/@tayvingalanakis/videos, last accessed on January 18, 2024.) Before any ad revenue could be received from the YouTube video, it required Tayvin's account to have 1,000 subscribers with 4,000 valid public watch hours in the last 12 months. (Supp.Appx. 26 - accessible at https://support.google.com/youtube/answer/72851?hl=en&ref_topic=9153642&sjid=17061516783357366761-NC, last accessed on January 18, 2024.)

31. Counterclaim Defendant qualifies ¶31 as the only video on Tayvin's YouTube account is the one posted of his stop. (Supp.Appx. 24 - accessible at https://www.youtube.com/@tayvingalanakis/videos, last accessed on January 18, 2024.) Before any ad revenue could be received from the YouTube video, it required Tayvin's account to have 1,000 subscribers with 4,000 valid public watch hours in the last 12 months. (Supp.Appx. 26 - accessible at https://support.google.com/youtube/answer/72851?hl=en&ref_topic=9153642&sjid=17061516783357366761-NC, last accessed on January 18, 2024.)

32. Counterclaim Defendant admits ¶32.

33. Counterclaim Defendant admits ¶33.

34. Counterclaim Defendant admits ¶34.

35. Counterclaim Defendant admits ¶35.

36. Counterclaim Defendant denies ¶36. (Appx. 67-70, 76 [82:3-83:23].)

37. Counterclaim Defendant admits ¶37.

38. Counterclaim Defendant qualifies ¶38 as Tayvin's full statement was,

"·I was either talking about Wing, a lieutenant, or the chief" and did not remember who he was talking about. (Counterclaimant.Appx. 43-44 [89:17-90:19.].)

39. Counterclaim Defendant denies ¶39. (Appx. 27, 28, 30, 31, ▇▇▇▇.)

40. Counterclaim Defendant admits ¶40.

<div style="text-align: center;">**GRIBBLE, BOLES, STEWART & WITOSKY LAW**</div>

BY:   */s/ Adam C. Witosky*
Matthew Boles        AT0001037
Adam C. Witosky      AT0010436
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Fax: (515) 243-3696
Email: mboles@gbswlaw.com
       awitosky@gbswlaw.com
**ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on January 19, 2024.  Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties can view and download the presented or filed document.

 */s/ Adam C. Witosky*