## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

| Case No. 4:23-cv-00044-SHL-SBJ | : | Clerk's Court Minutes – Motion Hearing |

| Plaintiff(s) | Defendant(s) |
|---|---|
| Tayvin Galanakis | City of Newton, Iowa, Rob Burdess, and Christopher Wing |

Plaintiff's Counsel: Matthew Mark Boles, Adam Clifford Witosky

Defendant's Counsel: Douglas A. Fulton

Court Reporter: Tonya Gerke   :   Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Defendants' Motion for Summary Judgment (ECF 40) | | : | X |
| Motion for Summary Judgment on Counterclaims (ECF 44) | | : | X |
| Motion for Partial Summary Judgment (ECF 45) | | : | X |
| Plaintiff's Motion for Summary Judgment (ECF 46) | | : | X |

Proceedings:

Counsel are present for a Motion Hearing on the pending cross Motions for Summary Judgment. Defendants argue in support of their Motions and in resistance of Plaintiff's Motions. Plaintiff argues in support of his Motions and in resistance of Defendants' Motions. Defendants provide rebuttal argument. Plaintiff provides rebuttal argument. The Court considers these matters fully submitted and will issue rulings as promptly as possible. Court adjourns.

Time Start: 10:01 a.m.
Time End:  10:54 a.m.
Date: January 22, 2024

/s/ M. Mast
Deputy Clerk