UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>  Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br>  Defendants.<br><br>NATHAN WINTERS and CHRISTOPHER WING,<br>  Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br>  Plaintiff/Counterclaim Defendant. | No. 4:23-cv-00044-SHL-SBJ<br><br>**NOTICE OF APPEAL**<br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

  Notice is hereby given that the City of Newton, Iowa, Nathan Winters, and Christopher Wing (collectively, "Appellants") appeal to the United States Court of Appeals for the Eighth Circuit from the District Court's February 8, 2024, Order, ECF No. 77, denying the Appellants' motion for summary judgment on Plaintiff Tayvin Galanakis' claims for unlawful arrest under the Fourth Amendment and 42 U.S.C. § 1983 (Count I) and for false arrest under Iowa common law (Counts IV and VI) based on qualified immunity.

  **Transcript Order:** Please prepare a transcript of the January 22, 2024, hearing on the parties' motions for summary judgment.

  Dated: February 12, 2024.

By:    */s/ Nicholas F. Miller*
Matthew S. Brick, AT0001081
Erin M. Clanton, AT0002592
Douglas A. Fulton, AT0002672
Nicholas F. Miller, AT0015361
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
T: (515) 274-1450
F: (515) 274-1488
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
doug.fulton@brickgentrylaw.com
nick.miller@brickgentrylaw.com

Counsel for Defendants
CITY OF NEWTON, IOWA, NATHAN
WINTERS, and CHRISTOPHER WING

**CERTIFICATE OF COMPLIANCE**

Appellants City of Newton, Iowa, Nathan Winters, and Christopher Wing hereby certify that copies of this notice of appeal and transcript order have been filed and served upon the United States District Court for the Southern District of Iowa, the court reporter, and all counsel of record identified below and that satisfactory arrangements for payment of the cost for the transcript ordered have been made with the court reporter.

*/s/    Nicholas F. Miller*               Dated: February 12, 2024
Nicholas F. Miller, AT0015361
BRICK GENTRY P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone: (515) 274-1450

Copies to:

    Matthew M. Boles
    Adam C. Witosky
    GRIBBLE, BOLES, STEWART &
    WITOSKY LAW
    2015 Grand Avenue, Suite 200
    Des Moines, Iowa 50312
    mboles@gbswlaw.com
    awitosky@gbswlaw.com

    Counsel for Plaintiff TAYVIN GALANAKIS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

# Notice of Appeal Supplement

Case Name: _Tayvin Galanakis_ vs. _City of Newton, Iowa, Nathan Winters, Christopher Wing_

District Court Case Number: _4:23-cv-00044-SHL-SBJ_

Appeal Fee (505.00) Status:  Pd ✓   IFP ____   Pending ____   Government Appeal ____

Counsel: Appointed ____   CJA ____   Retained ✓   Pro Se ____   Pro Bono ____   FPD ____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel ✓   Pro Se ____

Any reason why counsel should not be appointed: _____

Certificate of Appealability: Denied ____   Granted ____   Not Issue ____

Pending post Judgment motions: Yes ____   No ✓

If so, type of motion(s) and docket entry number:
_____

High Public Interest Case: Yes ____   No ✓

Simultaneous Opinion release Requested: Yes ____   No ✓

Trial Held: Bench ____   Jury ____   No ✓

Court Reporter: Yes ✓   No ____

Reporter's Name: _Tonya Gerke_

Appealing: Order prior to final judgment ✓   or final judgment ____

***File this form with the Notice of Appeal***