# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 13, 2024

Nicholas F. Miller
BRICK & GENTRY
Suite 100
6701 Westown Parkway
West Des Moines, IA  50266-0000

RE:  24-1275  Tayvin Galanakis v. City of Newton, Iowa, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans<br>
Clerk of Court

AEV

Enclosure(s)

cc:    Matthew M. Boles
        Matthew Sean Brick
        Erin M. Clanton
        Clerk, U.S. District Court, Southern Iowa
        Douglas A. Fulton
        Tonya Gerke
        Adam Clifford Witosky

        District Court/Agency Case Number(s):   4:23-cv-00044-SHL

**Caption For Case Number:   24-1275**

Tayvin Galanakis

       Plaintiff - Appellee

v.

City of Newton, Iowa

       Defendant - Appellant

Rob Burdess

       Defendant

Nathan Winters; Christopher Wing, individually and in their official capacities with the Newton Police Department

       Defendants - Appellants

**Addresses For Case Participants:   24-1275**

Nicholas F. Miller
BRICK & GENTRY
Suite 100
6701 Westown Parkway
West Des Moines, IA  50266-0000

Matthew M. Boles
GRIBBLE & BOLES
Suite 200
2015 Grand Avenue
Des Moines, IA  50312

Matthew Sean Brick
BRICK & GENTRY
Suite 100
6701 Westown Parkway
West Des Moines, IA  50266-0000

Erin M. Clanton
BRICK & GENTRY
Suite 100
6701 Westown Parkway
West Des Moines, IA  50266-0000

Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Douglas A. Fulton
BRICK & GENTRY
Suite 100
6701 Westown Parkway
West Des Moines, IA  50266-0000

Tonya Gerke
UNITED STATES COURTHOUSE
Southern District of Iowa
123 E. Walnut Street
Des Moines, IA  50309-2035

Adam Clifford Witosky
GRIBBLE & BOLES
Suite 200
2015 Grand Avenue
Des Moines, IA  50312