# TRANSMITTAL SHEET

TO: Clerk, U.S. Court of Appeals, 8th Circuit        DATE:   February 23, 2024

FROM: Clerk, U.S. District Court, Southern District of Iowa - Davenport

Appeal Number:     **24-1275**

District Court Number:    4:23-cv-00044

Name:    Galanakis v. City of Newton, Iowa et al

TRANSMITTED HEREWITH:

Original File:

Designated Clerk's Record:

Sealed Docs:

Exhibits:          Four (4) Flash Drives

Comments: