# TRANSMITTAL SHEET

TO: Clerk, U.S. Court of Appeals, 8th Circuit          DATE: 3/11/2024

FROM: Clerk, U.S. District Court, Southern District of Iowa – Council Bluffs

Appeal Number:   **24-1275**

District Court Number:   **4:23-cv-0044-SHL-SBJ**

Name:   Galanakis v. City of Newton, Iowa et al

TRANSMITTED HEREWITH:

Original File:

Designated Clerk's Record:

PSI Report:

Transcript:   **Motion Hearing [85] – 1 copy**

Exhibits:

Comments: