# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 17, 2025

Nicholas F. Miller
BRICK & GENTRY
Suite 100
6701 Westown Parkway
West Des Moines, IA  50266-0000

      RE:  24-1275  Tayvin Galanakis v. City of Newton, Iowa, et al

Dear Counsel:

      The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

      Susan E. Bindler
      Clerk of Court

CRJ

Enclosure(s)

cc:    Matthew Sean Brick
     Erin M. Clanton
     Clerk, U.S. District Court, Southern Iowa
     Douglas A. Fulton
     Adam Clifford Witosky

      District Court/Agency Case Number(s):   4:23-cv-00044-SHL