# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1275

Tayvin Galanakis

Appellee

v.

City of Newton, Iowa

Appellant

Rob Burdess

Nathan Winters and Christopher Wing, individually and in their official capacities with the Newton Police Department

Appellants

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:23-cv-00044-SHL)

---

## MANDATE

In accordance with the opinion and judgment of April 17, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 08, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit