## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>          Plaintiff,<br><br>v.<br><br>**CITY OF NEWTON, IOWA, et al.,**<br>          Defendants.<br><br>---<br><br>**NATHAN WINTERS AND CHRISTOPHER WING,**<br>          Counterclaim Plaintiffs,<br><br>v.<br><br>**TAYVIN GALANAKIS,**<br>          Counterclaim Defendant. | **CASE NO. 4:23-cv-00044**<br><br><br><br>**APPEARANCE** |

**COMES NOW,** the undersigned attorney, Christopher Stewart, and hereby enters his Appearance on behalf of the Plaintiff/Counterclaim Defendant.

**BOLES WITOSKY STEWART LAW PLLC**

BY:        /s/ Christopher Stewart

Christopher Stewart          AT0013127
2015 Grand Avenue, Ste. 200
Des Moines, Iowa 50312
Telephone:      (515) 235-0551
Facsimile:      (515) 243-3696
Email:    chris@bwsiowa.com
**ATTORNEY FOR PLAINTIFF/
COUNTERCLAIM DEFENDANT**

## PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on June 9, 2025.  Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties are able to view and download the presented or filed document.

 /s/ Tami Fairchild