# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>        Plaintiff,<br><br>v.<br><br>**CITY OF NEWTON, IOWA, et al.,**<br>        Defendants. | **CASE NO. 4:23-cv-00044**<br><br><br><br>**JOINT STATUS REPORT** |
| **NATHAN WINTERS AND CHRISTOPHER WING,**<br>        Counterclaim Plaintiffs,<br><br>v.<br><br>**TAYVIN GALANAKIS,**<br>        Counterclaim Defendant. | |

**COMES NOW** the Parties, by and through respective counsel, and for this Joint Status Report states:

1.    On April 17, 2025, the Eighth Circuit issued an Opinion affirming this Court's February 8, 2024, Order on Cross Motions for Summary Judgment.

2.    Mandate issued on May 8, 2025.

3.    Counsel has conferred as to the schedule for this case proceeding to trial. A Proposed Scheduling Order and Discovery Plan is being contemporaneously filed with this Report.

4.    Counsel for Defendants/Counterclaim Plaintiffs has advised they intend to pursue a Petition for Writ of Certiorari to the United States Supreme Court from

the Eighth Circuit's Opinion. The deadline for this filing is July 7, 2025.

5. Given this and Counsel's respective schedules, the earliest availability for trial is March 2026.

6. At this time, it does not appear this case will be settled before trial.

**WHEREFORE,** the Parties submit this Joint Status Report to the Court for consideration alongside the contemporaneously filed Proposed Scheduling Order and Discovery Plan.

**BOLES WITOSKY STEWART LAW PLLC**

BY: _/s/ Adam C. Witosky_
Adam C. Witosky           AT0010436
Christopher Stewart       AT0013127
2015 Grand Avenue, Ste. 200
Des Moines, Iowa 50312
Telephone:    (515) 235-0551
Facsimile:    (515) 243-3696
Email:   adam@bwsiowa.com
         chris@bwsiowa.com
**ATTORNEYS FOR PLAINTIFF/
COUNTERCLAIM DEFENDANTS**

**BRICK GENTRY P.C.**

BY: _/s/ Nicholas F. Miller_
Matthew S. Brick          AT0001081
Erin M. Clanton           AT0002592
Nicholas F. Miller        AT0015361
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone:    (515) 446-3441
Facsimile:    (515) 274-1488
Email:  matt.brick@brickgentrylaw.com
        erin.clanton@brickgentrylaw.com
        nick.miller@brickgentrylaw.com
**ATTORNEYS FOR DEFENDANTS/
COUNTERCLAIM PLAINTIFFS**

**PROOF OF SERVICE**

  The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on June 9, 2025. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

  Copies have been provided to all registered parties because once the document is posted, those parties are able to view and download the presented or filed document.

               _/s/ Tami Fairchild_