UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>        Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br>        Defendants.<br><br>───────────────<br><br>NATHAN WINTERS and CHRISTOPHER WING,<br>        Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br>        Plaintiff/Counterclaim Defendant. | No. 4:23-cv-00044-SHL-SBJ<br><br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL AND FINAL PRETRIAL CONFERENCE**<br><br><br><br><br><br><br><br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

Consistent with Local Rule 7, Defendants and Counterclaimants City of Newton, Iowa (the "City"), Nathan Winters ("Winters"), and Christopher Wing ("Wing") (together, simply the "Defendants") move to continue the currently scheduled March 16, 2026, trial. In support of the Motion, the Defendants state:

1.      A 5-day jury trial is currently scheduled to begin on March 16, 2026, with a final pretrial conference scheduled for March 4, 2026. Dkt. 93.

2.      Good cause exists to continue trial and the final pretrial conference. Lead trial counsel for the Defendants, Nicholas F. Miller, is expecting the birth of a child on or about April 11, 2026. In light of that circumstance, there is good cause to continue trial until June 1, 2026, or

as soon thereafter as possible given the Court's availability. The final pretrial conference should similarly be continued to a date approximately 2-3 weeks before trial.

3.      Previously, in 2023, lead trial counsel for the Defendants proceeded with a 2-week trial in the U.S. District Court for the Northern District of Iowa while expecting the birth of a child three weeks later. *See generally Weems Industries, Inc. v. Teknor Apex Company*, Case No. 1:20-cv-00108-LTS-KEM. Counsel's child was born the morning of the second day of trial—three weeks early—causing significant challenges. Lead trial counsel for the Defendants would like to avoid that situation again, if possible.

4.      Accordingly, good cause exists to continue trial until June 1, 2026, or as soon thereafter as possible given the Court's availability, with the final pretrial conference to be continued to a date approximately 2-3 weeks before trial.

5.      Other than to accommodate the Defendants' interlocutory appeal of the denial of qualified immunity, trial has not previously been continued. *See* Dkt. 11, 83, 93.

6.      There are no other outstanding Court-imposed deadlines requiring modification or continuance—only the trial and final pretrial conference dates.

7.      Counsel for the Defendants, Nicholas F. Miller, personally conferred with counsel for Plaintiff Tayvin Galanakis, Matthew M. Boles and Adam C. Witosky, and Mr. Galanakis does not oppose the Defendants' requested continuance of the trial and the final pretrial conference.

WHEREFORE, the Defendants respectfully request that the Court grant their Motion to Continue Trial and the Final Pretrial Conference and continue trial until June 1, 2026, or a date as soon thereafter as possible for the Court, with a final pretrial conference scheduled approximately 2-3 weeks before the new trial date.

Dated: December 31, 2025.

Respectfully submitted,

THE CITY OF NEWTON, IOWA, NATHAN
WINTERS, and CHRISTOPHER WING,
Defendants and Counterclaimants

By:   */s/ Nicholas F. Miller*
Matthew S. Brick, AT0001081
Erin M. Clanton, AT0002592
Douglas A. Fulton, AT0002672
Nicholas F. Miller, AT0015361
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
T: (515) 274-1450
F: (515) 274-1488
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
doug.fulton@brickgentrylaw.com
nick.miller@brickgentrylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, a true copy of this MOTION TO CONTINUE TRIAL AND FINAL PRETRIAL CONFERENCE was electronically filed using the Court's CM/ECF system, which sent notice to counsel of record, as follows:

Matthew M. Boles
Adam C. Witosky
Christopher Stewart
GRIBBLE, BOLES, STEWART &
WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
mboles@gbswlaw.com
awitosky@gbswlaw.com
cstewart@gbswlaw.com
Counsel for Plaintiff/Counterclaim

*/s/   Nicholas F. Miller*
**Nicholas F. Miller, AT0015361**