UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br>    Defendants.<br><br><br>NATHAN WINTERS and CHRISTOPHER WING,<br>    Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br>    Plaintiff/Counterclaim Defendant. | No. 4:23-cv-00044-SHL-SBJ<br><br><br>**MOTION TO BIFURCATE TRIAL OF CLAIMS AND COUNTERCLAIMS**<br><br><br><br><br><br><br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

Under Rule 42(b) of the Federal Rules of Civil Procedure, Defendants City of Newton, Iowa (the "City"), Nathan Winters ("Winters"), and Christopher Wing ("Wing") move to bifurcate trial of the claims and counterclaims in this action.

Rule 42(b) provides that "[f]or convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third-party claims." Fed. R. Civ. P. 42(b). Here, the Court should bifurcate trial of Plaintiff Tayvin Galanakis's ("Galanakis") claims and Winters's counterclaims to avoid prejudicing the Defendants and to expedite and economize trial. Specifically, the Court should first try Galanakis's claim for wrongful arrest in violation of the Fourth Amendment and his claim for

1

false arrest in violation of Iowa common law. Then, the Court should separately try Winters's counterclaims for defamation and false light invasion of privacy.

Consistent with Local Rule 7(k), counsel for the Defendants personally conferred with counsel for Galanakis about this Motion, and Mr. Galanakis opposes the Motion.

WHEREFORE, the Defendants respectfully request that the Court grant their Motion to Bifurcate Trial of Claims and Counterclaims and bifurcate trial of Galanakis's claims and Winters's counterclaims, trying Galanakis's claims first and Winters's counterclaims second.

Dated: January 19, 2026.

Respectfully submitted,

THE CITY OF NEWTON, IOWA, NATHAN WINTERS, and CHRISTOPHER WING,
Defendants and Counterclaimants

By:   */s/ Nicholas F. Miller*
Matthew S. Brick, AT0001081
Erin M. Clanton, AT0002592
Nicholas F. Miller, AT0015361
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
T: (515) 274-1450
F: (515) 274-1488
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
nick.miller@brickgentrylaw.com

**CERTIFICATE OF SERVICE**

      I certify that on January 19, 2026, a true copy of this MOTION TO BIFURCATE TRIAL OF CLAIMS AND COUNTERCLAIMS was electronically filed using the Court's CM/ECF system, which sent notice to counsel of record, as follows:

>Matthew M. Boles
>Adam C. Witosky
>Christopher Stewart
>GRIBBLE, BOLES, STEWART & WITOSKY LAW
>2015 Grand Avenue, Suite 200
>Des Moines, Iowa 50312
>mboles@gbswlaw.com
>awitosky@gbswlaw.com
>cstewart@gbswlaw.com
>Counsel for Plaintiff/Counterclaim

                */s/   Nicholas F. Miller*
                **Nicholas F. Miller, AT0015361**