IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>      Plaintiff,<br><br>v.<br><br>**CITY OF NEWTON, IOWA, et al.,**<br>      Defendants. | CASE NO. 4:23-cv-00044<br><br><br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT'S RESISTANCE TO DEFENDANTS / COUNTERCLAIM PLAINTIFFS' MOTION TO BIFURCATE TRIAL OF COUNTERCLAIM** |
| **NATHAN WINTERS AND CHRISTOPHER WING,**<br>      Counterclaim Plaintiffs,<br><br>v.<br><br>**TAYVIN GALANAKIS,**<br>      Counterclaim Defendant. | |

**COMES NOW** the Plaintiff / Counterclaim Defendant and for this Resistance to Defendants / Counterclaim Plaintiffs' Motion to Bifurcate Trial of Counterclaim states:

1. Counterclaim Plaintiff Nathan Winters seeks bifurcation of counterclaims for defamation and false light invasion of privacy for separate trial.

2. Plaintiff has attached a Brief in resistance setting out how the Motion to Bifurcate must be denied as separate trials are unnecessary to resolve the claimed prejudice and to ensure this litigation is brought to a judicially efficient and economical end.

3. As there is no need to bifurcate, the Motion must be denied.

**WHEREFORE,** the Plaintiff / Counterclaim Defendant prays that Defendants / Counterclaim Plaintiffs' Motion to Bifurcate be denied, and for any additional relief in his favor this Court finds just and necessary.

        **BOLES WITOSKY STEWART LAW PLLC**

BY:     */s/ Adam C. Witosky*
        Matthew M. Boles        AT0001037
        Adam C. Witosky         AT0010436
        Christopher Stewart       AT0013127
        2015 Grand Avenue, Ste. 200
        Des Moines, Iowa 50312
        Telephone:     (515) 235-0551
        Facsimile:      (515) 243-3696
        Email:     matt@bwsiowa.com
                    adam@bwsiowa.com
                    chris@bwsiowa.com
        **ATTORNEYS FOR PLAINTIFF/ COUNTERCLAIM DEFENDANTS**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on February 2, 2026. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

     Copies have been provided to all registered parties because once the document is posted, those parties are able to view and download the presented or filed document.

            */s/ Tami Fairchild*