**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>     Plaintiff,<br><br>v.<br><br>**CITY OF NEWTON, IOWA, et al.,**<br>     Defendants. | **CASE NO. 4:23-cv-00044** |
| **NATHAN WINTERS AND CHRISTOPHER WING,**<br>     Counterclaim Plaintiffs,<br><br>v.<br><br>**TAYVIN GALANAKIS,**<br>     Counterclaim Defendant. | **PLAINTIFF/COUNTERCLAIM DEFENDANT'S MOTION IN LIMINE** |

**COMES NOW,** the Plaintiff/Counterclaim Defendant and under Fed. R. Evid. 104, and for this Motion In Limine, states:

1.    Plaintiff/Counterclaim Defendant hereby moves the Court in limine to exclude the following evidence and order Defendants, their counsels, and witnesses to refrain from referencing the following evidence in the presence of any juror. Plaintiff further moves the Court to order Defendants' attorneys to advise their clients and witnesses of the Court's limitations on evidence. Plaintiff so moves because if the matters below are mentioned, Plaintiff would not receive a fair trial and an admonition to the jury would not cure the prejudice that would result.

2.    Though this Court has bifurcated trial between Plaintiff's claims and

the Counterclaim Plaintiff's Counterclaim, as the claims are to be tried one immediately after the other by the same jury, and the overlap of issues that may arise between the two trials, Plaintiff has included all matters to be excluded in this single motion while identifying which proceedings they are believed to apply to.

3.    For the reasons outlined in the supporting Brief attached, Plaintiff asserts the following matters must be excluded from the trial of Plaintiff's claims:

A.    Evidence on college drug testing standards;
B.    GoFundMe evidence;
C.    Allegations of prior drug use;
D.    Affirmative defenses not pled;
E.    "Ripple effect" of litigation;
F.    Reference to taxation or taxpayers;
G.    Source of payment for any award; and,
H.    Defendants' opinion as to nature and extent of Plaintiff's damages.

4.    For the reasons outlined in the supporting Brief attached, Plaintiff asserts the following matters must be excluded from the trial of Defendant's Counterclaims:

A.    Winters' testimony on domestic abuse;
B.    Undisclosed witnesses and evidence on reputational injury;
C.    Undisclosed witnesses and evidence on damages;
D.    Online comments inadmissible as hearsay; and,
E.    Online comments inadmissible as unfairly prejudicial & irrelevant.

5.    For the reasons outlined in the supporting Brief attached, Plaintiff asserts the following matters must be excluded from both trials:

A. Dismissed claims;
B. Attempted t-shirt sales and financial status;
C. Other bad acts evidence;
D. Offers of settlement; and,
E. Sequestration of witnesses.

6.    To ensure fair and just trials on the parties' claims, this Court should

grant this Motion in Limine in full.

**WHEREFORE,** the Plaintiff/Counterclaim Defendant prays the Court grant this Motion in Limine, issue an Order excluding the evidence and argument referenced herein, and for any additional relief in Plaintiff/Counterclaim Defendant's favor that the Court finds to be just and necessary.

**BOLES WITOSKY STEWART LAW PLLC**

BY: _/s/ Adam C. Witosky_

Matthew M. Boles      AT0001037
Adam C. Witosky      AT0010436
Christopher Stewart      AT0013127
2015 Grand Avenue, Ste. 200
Des Moines, Iowa 50312
Telephone:      (515) 235-0551
Facsimile:      (515) 243-3696
Email:      matt@bwsiowa.com
            adam@bwsiowa.com
            chris@bwsiowa.com
**ATTORNEYS FOR PLAINTIFF/
COUNTERCLAIM DEFENDANTS**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on April 24, 2026. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties are able to view and download the presented or filed document.

_/s/ Tami Fairchild_