UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br><br>          Defendants.<br><br>――――――――――<br><br>NATHAN WINTERS and CHRISTOPHER WING,<br><br>          Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br><br>          Plaintiff/Counterclaim Defendant. | No. 4:23-cv-00044<br><br><br>**DEFENDANT NATHAN WINTER'S ANSWER TO PLAINTIFF'S INTERROGATORIES**<br><br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

**COMES NOW,** Defendant Nathan Winters, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure submits the following in Answer to Plaintiff's Interrogatories.

I.     General Statement

By responding to the Interrogatories, Defendant does not waive any objections that may be appropriate (a) to the use, for any purpose, by Defendant of any of the information or documents given in Response to the Interrogatories, or (b) the admissibility, relevancy or materiality of any

**INTERROGATORY NO. 15:** Identify all exhibits Defendant expects to produce and/or introduce into evidence at the time of trial of this matter.

**ANSWER:**

**Defendant objects to this interrogatory as it is premature. Without waiving such objection, Defendant has made no decisions regarding what evidence and exhibits, if any, may be used at trial at this time. This Answer may be supplemented according to the Federal Rules of Civil Procedure and the Trial Scheduling Order.**

**INTERROGATORY NO. 16:**   Identify all witnesses Defendant expects to call at the time of trial of this matter. For each person, give a summary of the relevant facts and information believed to be possessed by such individual.

**ANSWER:**

**Defendant objects to this interrogatory as it is premature. Without waiving such objection, at this time, Defendant has made no decisions on which witnesses, if any, he may call at trial at this early stage of litigation. This Answer may be supplemented according to the Federal Rules of Civil Procedure and the Trial Scheduling Order.**

## VERIFICATION

The undersigned hereby states that I have read the foregoing Responses to Interrogatories and know the contents thereof, and under penalty of perjury herby state that the information contained therein is true and accurate to the best of my knowledge and belief.

Dated this 2 day of June, 2023.

Nathan Winters