**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| TAYVIN GALANAKIS,<br>        Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br>        Defendants. | No. 4:23-cv-00044-SHL-SBJ<br><br>**STIPULATED STATEMENT OF THE CASE**<br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

Under section 5(c) of the Court's Order Regarding Final Pretrial Conference Requirements, the parties submit the following "stipulated statement of the case to be read during jury selection." ECF 12, at 2.

**STIPULATED STATEMENT OF THE CASE**

This is a civil lawsuit brought by the Plaintiff, Tayvin Galanakis, against the Defendants, Officer Nathan Winters, Lieutenant Christopher Wing, and the City of Newton, Iowa.

This case arises out of a traffic stop that occurred in Newton, Iowa, in August 2022. During the stop, the Officer Winters and Lieutenant Wing investigated whether Mr. Galanakis was operating his vehicle while intoxicated and ultimately placed him under arrest. Mr. Galanakis asserts two legal claims. First, he claims that Officer Winters and Lieutenant Wing violated his rights under the Fourth Amendment to the United States Constitution by arresting him without probable cause. Second, he claims that Officer Winters and Lieutenant Wing are liable for false arrest under Iowa law, and that the City of Newton is responsible for the false arrest. Mr. Galanakis seeks money damages on both claims.

Officer Winters, Lieutenant Wing, and the City of Newton deny both claims. They contend that the officers had sufficient grounds to arrest Mr. Galanakis based on the circumstances they observed during the stop, and that they acted reasonably under those circumstances.

The jury's role in this case will be to hear the evidence, evaluate the credibility of the witnesses, and decide whether Mr. Galanakis's rights were violated and, if so, what damages—if any—he is entitled to recover.

| | |
|---|---|
| CITY OF NEWTON, IOWA, NATHAN WINTERS, and CHRISTOPHER WING, Defendants, | TAYVIN GALANAKIS, Plaintiff, |

/s/*Nicholas F. Miller*

Nicholas F. Miller
Matthew S. Brick
Erin M. Clanton
BRICK GENTRY P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone: (515) 446-3441
Facsimile: (515) 274-1488
Email: nick.miller@brickgentrylaw.com
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com

/s/*Adam C. Witosky*

Adam C. Witosky
Matthew M. Boles
Christopher Stewart
BOLES WITOSKY STEWART LAW
2015 Grand Avenue, Ste. 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Facsimile: (515) 243-3696
Email: adam@bwsiowa.com
matt@bwsiowa.com
chris@bwsiowa.com

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on May 12, 2026. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties are able to view and download the presented or filed document.

*/s/ Tami Fairchild*