**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>     Plaintiff,<br><br>v.<br><br>**CITY OF NEWTON, IOWA, et al.,**<br>     Defendants. | **CASE NO. 4:23-cv-00044** |
| **NATHAN WINTERS AND CHRISTOPHER WING,**<br>     Counterclaim Plaintiffs,<br><br>v.<br><br>**TAYVIN GALANAKIS,**<br>     Counterclaim Defendant. | **PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS FOR THE JURY** |

   **COMES NOW,** the Plaintiff, and pursuant to LR 47 and Fed. R. Civ. P. 47, requests that the court's examination of the prospective jurors includes the following questions:

1.   Do you believe the criminal justice system treats everyone fairly?

2.   Have you or someone close to you had a negative or positive experience with police or the legal system?

3.   Have you had a bad experience with a company, service provider, or insurance claim? If yes, did you write a review that was critical of the poor service?

4.   Have you ever used any recording devices to document either by video or

audio the conduct of another person?

5.  Do you think the use of police body camera and/or dash cameras is beneficial to people accused of crimes? Do you think it is beneficial to know what actually happened?

6.  Do you watch police interaction videos on any media platforms? (i.e. YouTube, X, Instagram)

7.  Do you believe that police should be held to a high standard when interacting with the public?

8.  Do you believe that law enforcement should understand the law and what the standards are for making an arrest?

9.  Is there any reason you cannot promise, or you doubt your capacity to keep a promise, to be fair and impartial and not base your decision in this case upon a bias or prejudice in favor of or against a person who may appear in this trial on account of that person's race, color, national origin,?

10. Can you promise to guard against allowing stereotypes or attitudes about individuals or about groups of people, referred to as an implicit bias [in the video you saw], influence your decision in this case?

11. Is there any reason, whether it be a bias or something else, that would interfere with your ability to be fair in reaching a verdict?

12. Are you, or anyone close to you, employed now, or have you or anyone close to you been employed by a court of law enforcement agency?

13. If yes, please state the individual's relationship to you (for example: parent,

sibling, spouse, child, cousin, friend) and the agency he or she worked for.

14. Do police officers treat people of different races/ethnicities/religions differently? Why do you say that?

15. What are your general thoughts/feelings about claims of [e.g., wrongful arrest or violation of constitutional rights] against a police officer?

16. Why do you think someone might bring this type of claim?

17. How do you feel about legislative reforms to place caps or limits on the amount of money juries can award?

18. Is that a good idea or a bad idea?

19. Are there some types of cases that should have verdict limits and others that should not have limits? Which types of cases?

20. How do you think the police are doing in terms of dealing with crime – do you think the police do an excellent job, a good job, a fair job or a bad job?

21. What are your feelings about police officers as individuals?

22. What kind of person becomes a police officer? [i.e. bullies, those seeking to help their fellow man, etc.]

23. What kinds of mistakes might a police officer make in performing his duties?

24. Should police officers be held to a different standard because they put their lives on the line for the good of the community? Why or why not?

25. Should police officers be held to a higher standard or should their conduct be excused (held to a lower standard) because of the nature of the job?

**BOLES WITOSKY STEWART LAW PLLC**

BY: _/s/ Adam C. Witosky_

    Matthew M. Boles      AT0001037
    Adam C. Witosky      AT0010436
    Christopher Stewart      AT0013127
    2015 Grand Avenue, Ste. 200
    Des Moines, Iowa 50312
    Telephone:      (515) 235-0551
    Facsimile:      (515) 243-3696
    Email:      matt@bwsiowa.com
                 adam@bwsiowa.com
                 chris@bwsiowa.com

    **ATTORNEYS FOR PLAINTIFF/**
    **COUNTERCLAIM DEFENDANTS**

**PROOF OF SERVICE**

    The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on May 12, 2026. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

    Copies have been provided to all registered parties because once the document is posted, those parties are able to view and download the presented or filed document.

_/s/ Adam Witosky_

4