## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>        Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br>        Defendants. | No. 4:23-cv-00044-SHL-SBJ<br><br><br>**DEFENDANTS' PROPOSED VOIR DIRE**<br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

**DEFENDANT CITY OF NEWTON, NATHAN WINTERS, and CHRISTOPHER WING'S PROPOSED VOIR DIRE QUESTIONS**

1

**Question 1:**    Do you have any knowledge regarding the facts of this case?

**Question 2:**    Do you know any of the parties involved in this case?

**Question 3:**    Do you know any of the attorneys involved in this case or their law firms?

**Question 4:**    Have you ever served as a juror before?

**Question 5:**    Have you ever been a party to a lawsuit before, civil or criminal?

**Question 6:**    Have you ever been a witness in a lawsuit before?

**Question 7:**    Are you a current or former member of law enforcement, or do you know anyone that is a current or former member of law enforcement?

**Question 8:**    Do you have strong positive or negative feelings about law enforcement?

**Question 9:**    Do you have any opinions on whether law enforcement should be held to different standards than individuals in other lines of work?

**Question 10:**    Have you been arrested or stopped by law enforcement, including the Newton, Iowa, Police Department?

**Question 11:**    Have you, or has anyone you know, had a positive or negative experience with law enforcement?

**Question 12:**    Do you have any opinions on how members of law enforcement are, or should be, treated by individuals?

**Question 13:**    Are you a current or former government employee, or do you know anyone that is a current or former government employee?

**Question 14:**    Do you have strong positive or negative feelings about government?

**Question 15:**    Have you participated in a protest of any kind?

**Question 16:**    Do you have any training, education, or experience in criminal justice or social science?

**Question 17:**  Do you have any education after high school?

**Question 18:**  Are you a member of any social or professional organizations?

**Question 19:**  Do you have any online or print subscriptions?

**Question 20:**  Are you, or is anyone close to you, a current or former member of the U.S. armed services?

Dated: May 12, 2026

Respectfully submitted,

THE CITY OF NEWTON, IOWA, NATHAN WINTERS, and CHRISTOPHER WING, Defendants

By:   */s/ Nicholas F. Miller*
Matthew S. Brick, AT0001081
Erin M. Clanton, AT0002592
Nicholas F. Miller, AT0015361
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
T: (515) 274-1450
F: (515) 274-1488
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
doug.fulton@brickgentrylaw.com
nick.miller@brickgentrylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, a true copy of this Proposed Voir Dire was electronically filed using the Court's CM/ECF system, which sent notice to counsel of record.

*/s/      Nicholas F. Miller*
**Nicholas F. Miller, AT0015361**

3