**IN THE UNITED STATES DISTRCIT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

|  |  |
|---|---|
| TAYVIN GALANAKIS, <br><br>     Plaintiff, <br><br> v. <br><br> CITY OF NEWTON, IOWA, NATHAN WINTERS, and CHRISTOPHER WING, <br><br>     Defendants. | Case No. 4:23-cv-00044 <br><br><br> **STIPULATION OF DISMISSAL** |

Under Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Tayvin Galanakis and Defendant Nathan Winters stipulate to the dismissal of Winters's pending counterclaims in this action with prejudice, each party to bear its own costs, expenses, and attorney fees in connection with those counterclaims.

Respectfully Submitted,

NATHAN WINTERS, Counterclaimant,

TAYVIN GALANAKIS, Counterclaim Defendant,


/s/*Nicholas F. Miller*
Nicholas F. Miller
BRICK GENTRY P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone: (515) 446-3441
Facsimile: (515) 274-1488
Email: nick.miller@brickgentrylaw.com

*/s/Adam C. Witosky*
Adam C. Witosky
BOLES WITOSKY STEWART LAW
2015 Grand Avenue, Ste. 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Facsimile: (515) 243-3696
Email: adam@bwsiowa.com

1

## CERTIFICATE OF SERVICE

I certify that on this 12th day of May 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

/s/*Nichoas F. Miller*
Nicholas F. Miller