**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF IOWA CENTRAL DIVISION**

| | |
|---|---|
| TAYVIN GALANAKIS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br><br>    Defendants. | Case No. 4:23-cv-00044-SHL-SBJ<br><br><br>**NOTICE OF APPEARANCE**<br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

Jacob A. Hatanpa enters his appearance in this action for Defendants City of Newton, Iowa, Christopher Wing, Rob Burdess, and Nathan Winters.  Jacob A. Hatanpa therefore requests notice of all filings and other matters requiring notice.

Respectfully submitted,

By: */s/Jacob A. Hatanpa*
Jacob A. Hatanpa, Iowa AT0015724
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone: (515) 274-1450
Facsimile: (515) 274-1488
Email: jack.hatanpa@brickgentrylaw.com

**Certificate of Service**

I certify that on May 14, 2026, I filed the above Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notice of the filing to counsel of record for all

1

2

parties.

/s/*Jacob A. Hatanpa*