**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF IOWA CENTRAL DIVISION**

| | |
|---|---|
| TAYVIN GALANAKIS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br><br>    Defendants.<br><br>---<br><br>NATHAN WINTERS and CHRISTOPHER WING,<br><br>    Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>TAYVIN GALANAKIS,<br><br>    Plaintiff/Counterclaim Defendant. | Case No. 4:23-cv-00044-SHL-SBJ<br><br><br>**NOTICE OF APPEARANCE**<br><br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

Jenna Nelson Hatanpa enters her appearance in this action for Defendants City of Newton, Iowa, Rob Burdess, Nathan Winters and Christopher Wing. Jenna Nelson Hatanpa therefore requests notice of all filings and other matters requiring notice.

1

By:     */s/Jenna Nelson Hatanpa*
        Jenna Nelson Hatanpa AT0015755
        BRICK GENTRY, P.C.
        6701 Westown Parkway, Suite 100
        West Des Moines, Iowa 50266
        515-512-5818 Telephone
        515-274-1488 Facsimile
        jenna.hatanpa@brickgentrylaw.com

**ATTORNEY FOR DEFENDANTS**

**<u>Certificate of Service</u>**

I certify that on May 14, 2026, I filed the above Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notice of the filing to counsel of record for all parties.

/s/*Jenna Nelson Hatanpa*

2