**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:23-cv-00044-SHL-SBJ      :      Clerk's Court Minutes: Final Pretrial Conference

| Plaintiff(s) | Defendant(s) |
|---|---|
| TAYVIN GALANAKIS | CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, and CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department |

Plaintiff(s) Counsel: Matthew Mark Boles and Adam Clifford Witosky

Defendant(s) Counsel: Nicholas Miller, Jenna Nelson Hatanpa, and Jacob Hatanpa

Court Reporter: Tonya Gerke      :      Interpreter: N/A

| Motion(s) for Ruling: | Ruling |
|---|---|
| Plaintiff's Motion in Limine (ECF 102) | Granted in Part/Denied in Part/Ruling Reserved in Part |

Proceedings:

Court in session with counsel present for a Final Pretrial Conference. The Court and counsel discuss trial logistical matters, including voir dire, exhibit and witness lists, opening and closing statements, and the trial schedule. Witness and exhibit lists should be filed by close of business Thursday, May 28, 2026.

The Court addresses Plaintiff's Motions in Limine and hears arguments from the parties. For the reasons set forth on the record, the Plaintiff's Motion in Limine is granted in part, denied in part, and ruling is reserved in part.

Jury trial will commence at 8:30 a.m. on June 1, 2026. Court adjourns.

Time Start: 11:00 a.m.

Time End:  12:01 p.m.

Date: May 15, 2026

/s/ M. Mast

_____

Deputy Clerk