**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>    Plaintiff, | **CASE NO. 4:23-cv-00044** |
| **v.** | **PLAINTIFF'S EXHIBIT LIST** |
| **CITY OF NEWTON, IOWA, et al.,**<br>    Defendants. | |

**COMES NOW,** the Plaintiff, and for this Exhibit List, identifies each exhibit he anticipates offering into evidence at trial. Per the Proposed Pretrial Order, the exhibits not objected to are considered admitted at the commencement of trial.

| Plf. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|
| 1 | | | | Body Camera Video of Officer Nathan Winters |
| 2 | | | | Body Camera Video of Lt. Christopher Wing |
| 3 | | | | Body Camera of Officer Andrew Shinkle |
| 4 | | | | Incident Report by Officer Nathan Winters |
| 5 | | | | Incident Report by Lt. Christopher Wing |
| 6 | | | | Incident Report by Officer Andrew Shinkle |
| 7 | 06/01/2026 | | X | DRE Report by Officer Andrew Shinkle |
| 8 | | | | Investigation Report 22-006 |
| 9 | 06/01/2026 | | X | Curriculum Vitae of Lance Platt, Ph.D |
| 10a | | | | Lance Platt – Deposition Tape 1 of 3 |
| 10b | | | | Lance Platt – Deposition Tape 2 of 3 |
| 10c | | | | Lance Platt – Deposition Tape 3 of 3 |

**BOLES WITOSKY STEWART LAW PLLC**

BY: */s/ Adam C. Witosky*

Matthew M. Boles          AT0001037
Adam C. Witosky          AT0010436
Christopher Stewart       AT0013127
2015 Grand Avenue, Ste. 200
Des Moines, Iowa 50312
Telephone:   (515) 235-0551
Facsimile:   (515) 243-3696
Email: matt@bwsiowa.com
        adam@bwsiowa.com
        chris@bwsiowa.com
**ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on May 28, 2026. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties are able to view and download the presented or filed document.

*/s/ Tami Fairchild*