**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| TAYVIN GALANAKIS,<br>        Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, et al.,<br>        Defendants. | CASE NO. 4:23-cv-00044<br><br><br>PLAINTIFF'S WITNESS LIST |

**COMES NOW,** the Plaintiff, and for this Witness List, identifies each witness

he anticipates calling to present testimony at trial:

1.  Officer Nathan Winters
    c/o Brick Gentry PC
    6701 Westown Parkway, Suite 100
    West Des Moines, IA 50266

2.  Lieutenant Christopher Wing
    c/o Brick Gentry PC
    6701 Westown Parkway, Suite 100
    West Des Moines, IA 50266

3.  Officer Andrew Shinkle
    c/o Brick Gentry PC
    6701 Westown Parkway, Suite 100
    West Des Moines, IA 50266

4.  Lance Platt, Ph.D. (via video deposition)
    Impaired Driving Consulting
    4343 Carter Creek Parkway, Suite 120
    Bryan, TX 77802

5.  Tayvin Galanakis
    c/o Boles Witosky Stewart Law PLLC
    2015 Grand Avenue, Suite 200
    Des Moines, IA 50312

Plaintiffs reserve the right to call the following witnesses:

6.    Any witness necessary to lay foundation for the admission of an exhibit;

7.    Any witness listed or called by another party;

8.    Any witness for rebuttal as necessary to refute or respond to unanticipated evidence offered by another party; and,

9.    Any witness necessary for impeachment purposes.

**BOLES WITOSKY STEWART LAW PLLC**

BY:  */s/ Adam C. Witosky*

Matthew M. Boles          AT0001037
Adam C. Witosky          AT0010436
Christopher Stewart          AT0013127
2015 Grand Avenue, Ste. 200
Des Moines, Iowa 50312
Telephone:   (515) 235-0551
Facsimile:   (515) 243-3696
Email:matt@bwsiowa.com
          adam@bwsiowa.com
          chris@bwsiowa.com

**ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on May 28, 2026. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties are able to view and download the presented or filed document.

*/s/ Tami Fairchild*