UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NEWTON, IOWA, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department, <br><br> Defendants. | No. 4:23-cv-00044-SHL-SBJ <br><br><br> **DEFENDANTS' EXHIBIT LIST** <br><br><br><br> Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

| **Presiding Judge:** Honorable Stephen H. Judge Locher | **Plaintiff's Attorney:** Matthew Boles and Adam Witosky | **Defendants' Attorneys:** Nicholas Miller, Jenna Hatanpa, Jacob Hatanpa |
|---|---|---|
| **Trial Dates:** 6/1/2026 – 6/5/2026 | **Court Reporter:** Tonya Gerke | **Courtroom Deputy:** Marissa Mast |

| Plf. Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| A | | | | Video recording from Officer Nathan Winters's body worn camera |
| B | | | | Video recording from Lieutenant Christopher Wing's body worn camera |
| C | | | | The Curriculum Vitae of Captain Matt Bruner |
| D | | | | Tayvin Galanakis's GoFundMe page |
| E | | | | Tayvin Galanakis's GoFundMe fundraiser updates |

| | | | | |
|---|---|---|---|---|
| F | | | | Facebook post and comments with link to online apparel shop |
| G | | | | TikTok post and comments |
| H | | | | TikTok Post and Comments |

Dated: May 28, 2026

Respectfully submitted,

THE CITY OF NEWTON, IOWA, NATHAN WINTERS, and CHRISTOPHER WING, Defendants,

By:   */s/ Nicholas F. Miller*
      Matthew S. Brick, AT0001081
      Erin M. Clanton, AT0002592
      Nicholas F. Miller, AT0015361
      Jenna Nelson Hatanpa AT0015755
      Jacob A. Hatanpa, AT0015724
      **BRICK GENTRY, P.C.**
      6701 Westown Parkway, Suite 100
      West Des Moines, IA 50266
      T: (515) 274-1450
      F: (515) 274-1488
      matt.brick@brickgentrylaw.com
      erin.clanton@brickgentrylaw.com
      nick.miller@brickgentrylaw.com
      jenna.hatanpa@brickgentrylaw.com
      jack.hatanpa@brickgentrylaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2026, a true copy of this EXHIBIT LIST was electronically filed using the Court's CM/ECF system, which sent notice to counsel of record, as follows:

Matthew M. Boles
Adam C. Witosky
Christopher Stewart
GRIBBLE, BOLES, STEWART &
WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
mboles@gbswlaw.com
awitosky@gbswlaw.com
cstewart@gbswlaw.com

*/s/    Nicholas F. Miller*
**Nicholas F. Miller, AT0015361**