UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, NATHAN WINTERS, CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department,<br><br>    Defendants. | No. 4:23-cv-00044-SHL-SBJ<br><br><br>**DEFENDANTS' WITNESS LIST**<br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123038 |

Defendants may call the following witnesses at trial:

1.    Tayvin Galanakis
       c/o Boles Witosky Stewart Law PLLC
       2015 Grand Avenue, Suite 200
       Des Moines, IA 50312

Mr. Galanakis will testify about his stop and arrest, including the underlying circumstances. He will also testify about his own online content, his own statements, and third-party comments on his online content.

2.    Captain Matthew Bruner
       c/o Brick Gentry PC
       6701 Westown Parkway, Suite 100
       West Des Moines, Iowa 50266

Captain Bruner is the Defendants' retained testifying expert and will testify about the subjects discussed in his report, including his qualifications, his experience, his methods, the resources and materials cited in his report, standard practices and procedures for identifying intoxication, and indicators of intoxication.

3.      Officer Nathan Winters
        c/o Brick Gentry PC
        6701 Westown Parkway, Suite 100
        West Des Moines, IA 50266

Officer Winters will testify about his stop and arrest of Tayvin Galanakis, including the circumstances for the stop and arrest. To the extent relevant to the stop, arrest, and supporting circumstances, Officer Winters will also testify about his training, experience, and qualifications.

4.      Lieutenant Christopher Wing
        c/o Brick Gentry PC
        6701 Westown Parkway, Suite 100
        West Des Moines, IA 50266

Lieutenant Wing will testify about the stop and arrest of Tayvin Galanakis, including the circumstances for the stop and arrest. To the extent relevant to the stop, arrest, and supporting circumstances, Lieutenant Wing will also testify about his training, experience, and qualifications.

5.      Officer Andrew Shinkle
        c/o Brick Gentry PC
        6701 Westown Parkway, Suite 100
        West Des Moines, IA 50266

To the extent relevant, Officer Shinkle may testify about the drug influence evaluation he performed on Mr. Galanakis and his conclusions from that evaluation. If relevant, he may also testify about his training, experience, and qualifications.

Dated: May 28, 2026

Respectfully submitted,

THE CITY OF NEWTON, IOWA, NATHAN WINTERS, and CHRISTOPHER WING, Defendants,

By:   */s/ Nicholas F. Miller*

Matthew S. Brick, AT0001081
Erin M. Clanton, AT0002592
Nicholas F. Miller, AT0015361
Jenna Nelson Hatanpa AT0015755
Jacob A. Hatanpa, AT0015724
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
T: (515) 274-1450
F: (515) 274-1488
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
nick.miller@brickgentrylaw.com
jenna.hatanpa@brickgentrylaw.com
jack.hatanpa@brickgentrylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, a true copy of this WITNESS LIST was electronically filed using the Court's CM/ECF system, which sent notice to counsel of record, as follows:

Matthew M. Boles
Adam C. Witosky
Christopher Stewart
GRIBBLE, BOLES, STEWART &
WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
mboles@gbswlaw.com
awitosky@gbswlaw.com
cstewart@gbswlaw.com

*/s/      Nicholas F. Miller*
**Nicholas F. Miller, AT0015361**