**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:23-cv-00044-SHL-SBJ            :            Clerk's Court Minutes: Jury Trial - Day One

| Plaintiff(s) | Defendant(s) |
|---|---|
| TAYVIN GALANAKIS | CITY OF NEWTON, IOWA, NATHAN WINTERS, and CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department |

Plaintiff(s) Counsel: Matthew Mark Boles and Adam Clifford Witosky

Defendant(s) Counsel: Nicholas Miller, Jenna Nelson Hatanpa, and Jacob Hatanpa

Court Reporter: Tonya Gerke            :            Interpreter: N/A

Motion(s) for Ruling:                                           Ruling

Proceedings:

8:39 a.m. Court in session. The Court and counsel take up matters outside of the presence of the jury pool. 9:21 a.m. Court recesses. 9:34 a.m. Jurors are seated and court reconvenes. Introduction by the Court. Juror pool placed under oath. The Court conducts voir dire. Juror pool is excused from the courtroom to allow the Court and counsel to speak privately with individual jurors. 10:49 a.m. Court recesses. 11:02 a.m. Court reconvenes with jury pool in the courtroom. The Court's voir dire resumes. 11:09 a.m. Plaintiff conducts voir dire. Plaintiff passes for cause. 11:43 a.m. Defendants conduct voir dire. Defendants pass for cause. 11:52 a.m. Counsel exercise peremptory strikes. 11:57 a.m. The Court announces petit jury members. 12:00 p.m. Jury members not selected are excused. Impaneled jury is placed under oath. Jury is admonished and excused to receive orientation. 12:02 p.m. Court recesses. 1:16 p.m. Court reconvenes. Jury reenters courtroom. 1:19 p.m. Preliminary Jury Instructions are read by the Court. 1:37 p.m. Plaintiff makes opening statement. 1:55 p.m. Defendants make opening statement. 2:27 p.m. Plaintiff calls witness, Officer Nathan Winters. Witness sworn and testifies. 3:02 p.m. Court recesses. 3:16 p.m. Court reconvenes. Jury reenters courtroom and testimony of Officer Winters resumes. 4:39 p.m. Jury excused for the day. The Court takes up matters with counsel outside the presence of the jury. 4:42 p.m. Court adjourns. Trial to resume tomorrow, June 2, 2026, at 8:30 a.m.

Time Start: 8:39 a.m.

Time End:  4:42 p.m.

Date: June 1, 2026

/s/ M. Mast
_____
Deputy Clerk