**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:23-cv-00044-SHL-SBJ               :               Clerk's Court Minutes: Jury Trial - Day Two

---

| Plaintiff(s) | | Defendant(s) |
|---|---|---|
| TAYVIN GALANAKIS | : | CITY OF NEWTON, IOWA, NATHAN WINTERS, and CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department |

---

Plaintiff(s) Counsel: Matthew Mark Boles and Adam Clifford Witosky

Defendant(s) Counsel: Nicholas Miller, Jenna Nelson Hatanpa, and Jacob Hatanpa

Court Reporter: Tonya Gerke               :               Interpreter: N/A

---

Motion(s) for Ruling:                                                  Ruling

---

Proceedings:

8:46 a.m. Court in session. Jury enters courtroom. 8:49 a.m. Testimony of Officer Winters resumes. 10:22 a.m. Jury excused from courtroom and court recesses. 10:40 a.m. Court reconvenes. Jury reenters courtroom. 10:41 a.m. Testimony of Officer Winters resumes. 11:06 a.m. Plaintiff calls witness, Captain Christopher Wing. Witness sworn and testifies. 11:47 a.m. Jury excused from courtroom. The Court takes up matters with counsel outside the presence of the jury. 12:00 p.m. Court recesses. 12:55 p.m. Court reconvenes. Jury reenters courtroom. 12:57 p.m. Testimony of Captain Wing resumes. 1:05 p.m. Plaintiff calls witness, Officer Andrew Shinkle. Witness sworn and testifies. 1:55 p.m. Plaintiff displays video deposition testimony of Lance Platt, Ph.D. 2:33 p.m. Jury excused from courtroom. The Court takes up matters with counsel outside of the presence of the jury. 2:38 p.m. Court recesses. 2:55 Court reconvenes. Video deposition testimony of Lance Platt, Ph.D resumes. 4:28 p.m. Jury excused for the day. Court recesses. 4:35 p.m. Court reconvenes and the Court takes up matters with counsel outside the presence of the jury. 4:45 p.m. Court adjourns. Trial to resume tomorrow, June 3, 2026, at 8:45 a.m.

Time Start: 8:46 a.m.

Time End:  4:45 p.m.

Date: June 2, 2026

/s/ M. Mast

_____

Deputy Clerk