**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:23-cv-00044-SHL-SBJ          :          Clerk's Court Minutes: Jury Trial - Day Three

| Plaintiff(s) | | Defendant(s) |
|---|---|---|
| TAYVIN GALANAKIS | : | CITY OF NEWTON, IOWA, NATHAN WINTERS, and CHRISTOPHER WING, individually and in their official capacities with the Newton Police Department |

Plaintiff(s) Counsel: Matthew Mark Boles and Adam Clifford Witosky

Defendant(s) Counsel: Nicholas Miller, Jenna Nelson Hatanpa, and Jacob Hatanpa

Court Reporter: Tonya Gerke          :          Interpreter: N/A

| Motion(s) for Ruling: | Ruling |
|---|---|
| Defendants' Oral Motion for Judgment as a Matter of Law | Denied |

Proceedings:

8:55 a.m. Court in session. Jury enters courtroom. 8:58 a.m. Plaintiff calls witness, Tayvin Galanakis. Witness sworn and testifies. 10:12 a.m. Jurors excused from courtroom. 10:14 a.m. Court recesses. 10:27 a.m. Court reconvenes. 10:30 a.m. Jury reenters courtroom. Plaintiff rests. 10:30 a.m. Defendants call witness, Captain Matthew Bruner. Witness sworn and testifies. 11:41 a.m. Defendants rest. 11:42 a.m. Jury excused for the day. 11:43 a.m. Defendants move for judgment as a matter of law. Plaintiff responds. For the reasons stated on the record, the Court denies Defendants' motion for judgment as a matter of law. 11:59 a.m. Court recesses. 1:32 p.m. Court reconvenes outside the presence of the jury to discuss final jury instructions. 1:46 p.m. Court adjourns. Trial to resume tomorrow, June 4, 2026, at 8:45 a.m.

Time Start: 8:55 a.m.

Time End:  1:46 p.m.

Date: June 3, 2026

/s/ M. Mast
_____

Deputy Clerk