We have a question, or two,
If Mr. Galanakis is asked if he
has ever been arrested, does he
have to say yes? Does this
arrest on his permanent record?
Is it a public record? Would it
affect any future employment?

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF NEWTON, IOWA; NATHAN WINTERS, and CHRISTOPHER WING,<br><br>      Defendants. | **Case No. 4:23-cv-00044-SHL-SBJ**<br><br><br>**ANSWER TO JURY QUESTION<br>NUMBER ONE** |

I received your note asking:

*We have a question, or two, if Mr. Galanakis is asked if he has ever been arrested, does he have to say yes? Does this arrest on his permanent record? Is it a public record? Would it affect any future employment?*


Answer:

Your verdict must be based on the evidence that was presented to you during the trial, and thus I am unable to answer your question.


Dated this 4th day of June, 2026.

_____
Stephen H. Locher
UNITED STATES DISTRICT JUDGE