## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, et al.,<br>Defendants. | CASE NO. 4:23-cv-00044<br><br><br>VERDICT FORM I (FOURTH AMENDMENT VIOLATION) |

We, the jury, unanimously find the following by a preponderance of the evidence:

(1) Did Nathan Winters arrest Tayvin Galanakis for the crime of Operating While Intoxicated without probable cause?

Answer: Yes __X__ No _____

(2) Did Christopher Wing arrest Tayvin Galanakis for the crime of Operating While Intoxicated without probable cause?

Answer: Yes __X__ No _____

IF YOU ANSWERED "YES" TO EITHER OR BOTH OF QUESTIONS 1 AND 2, PROCEED TO QUESTION 3. IF YOU ANSWERED "NO" TO QUESTIONS 1 AND 2, DO NOT ANSWER THE REMAINING QUESTIONS ON THIS VERDICT FORM I. INSTEAD, PROCEED TO VERDICT FORM II.

(3) Did Tayvin Galanakis suffer actual damages as a result of being arrested without probable cause?

Answer: Yes __X__ No _____

IF YOU ANSWERED "YES" TO QUESTION 3, PROCEED TO QUESTIONS 4. IF YOU ANSWERED "NO" TO QUESTION 3, PROCEED TO QUESTION 5.

1

(4) State the amount that will fairly compensate Tayvin Galanakis for any damages he actually sustained as a result of being arrested without probable cause.

Answer: $ _10,000_

(Fill in Dollar Figure)

IF YOU ANSWERED QUESTIONS 4, DO NOT ANSWER QUESTION 5. INSTEAD, YOU SHOULD PROCEED TO VERDICT FORM II.

(5) Because we answered "No" to Question 3, Tayvin Galanakis is awarded nominal damages in the amount of $_____ (WRITE IN "$1.00.")

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, et al.,<br>Defendants. | CASE NO. 4:23-cv-00044<br><br>VERDICT FORM II (FALSE ARREST) |

We, the jury, unanimously find the following by a preponderance of the evidence:

    (1) Was Nathan Winter's detention or restraint of Tayvin Galanakis unlawful?

    Answer: Yes __X__ No _____

    (2) Was Christopher Wing's detention or restraint of Tayvin Galanakis unlawful?

    Answer: Yes __X__ No _____

IF YOU ANSWERED "YES" TO ONE OR BOTH OF QUESTIONS 1 AND 2, PROCEED TO QUESTION 3(A). IF YOU ANSWERED "NO" TO BOTH QUESTIONS 1 AND 2, PROCEED TO VERDICT FORM III WITHOUT ANSWERING ANY OF THE REMAINING QUESTIONS ON THIS VERDICT FORM II.

    (3)(a) Did Nathan Winters have a good faith belief that Tayvin Galanakis had committed the crime of Operating While Intoxicated?

    Answer: Yes _____ No __X__

    (3)(b) If so, was his good faith belief reasonable? (DO NOT ANSWER THIS QUESTION IF YOU ANSWERED "NO" TO QUESTION 3(A).)

    Answer: Yes _____ No _____

3

(4)(a) Did Christopher Wing have a good faith belief that Tayvin Galanakis had committed the crime of Operating While Intoxicated?

Answer: Yes _____ No ____X____

(4)(b) If so, was his good faith belief reasonable? (DO NOT ANSWER THIS QUESTION IF YOU ANSWERED "NO" TO QUESTION 4(A).)

Answer: Yes _____ No _____

IF YOU ANSWERED "YES" TO ALL OF QUESTIONS 3(A), 3(B), 4(A), AND 4(B), PROCEED TO VERDICT FORM III WITHOUT ANSWERING ANY OF THE REMAINING QUESTIONS ON THIS VERDICT FORM II. OTHERWISE, PROCEED TO QUESTION 5.

(5) Did Tayvin Galanakis suffer damages as a result of being falsely arrested?

Answer: Yes __X__ No _____

IF YOU ANSWERED "YES" TO QUESTION 5, ANSWER QUESTION 6. IF YOU ANSWERED "NO" TO QUESTION 5, PROCEED TO QUESTION 7.

(6) State the amount that will fairly compensate Tayvin Galanakis for any damages he actually sustained as a result of being falsely arrested.

Answer: $ 10,000
(Fill in Dollar Figure)

IF YOU ANSWERED QUESTION 6, DO NOT ANSWER QUESTION 7.

(7) Because we answered "No" to Question 5, Tayvin Galanakis is awarded nominal damages in the amount of $_____ (WRITE IN $1.00.)

IF YOU AWARDED DAMAGES AGAINST AT LEAST ONE OF NATHAN WINTERS AND CHRISTOPHER WING, YOU SHOULD ANSWER QUESTION 8:

4

(8) We award damages to Tayvin Galanakis and against the City of Newton, as the employer of Nathan Winters and Christopher Wing, in the following amount: $_10,000_ (INSERT THE DOLLAR AMOUNT FROM THE LINE CORRESPONDING TO QUESTION 6 OR QUESTION 7. ONLY ONE OF THOSE LINES SHOULD HAVE A DOLLAR AMOUNT LISTED.)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TAYVIN GALANAKIS,<br>Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, et al.,<br>Defendants. | CASE NO. 4:23-cv-00044<br><br>VERDICT FORM III (PUNITIVE DAMAGES) |

PREFATORY INSTRUCTION: YOU MAY NOT AWARD PUNITIVE DAMAGES AGAINST ANY DEFENDANT UNLESS YOU HAVE FIRST FOUND AGAINST THAT DEFENDANT ON ONE OR BOTH OF VERDICT FORMS I AND II AND AWARDED THE PLAINTIFF NOMINAL OR ACTUAL DAMAGES.

(1)    Did Nathan Winters act maliciously or wantonly in violating Tayvin Galanakis's rights?

Answer: Yes __X__ No _____

IF YOU ANSWERED "YES," PROCEED TO THE NEXT QUESTION. IF YOU ANSWERED "NO," PROCEED TO QUESTION 3.

(2)    Do you award punitive damages against Nathan Winters?

Answer: Yes __X__ No _____

If yes, in what amount?

Answer: $ __55,000__
(Fill in Dollar Figure)

(3)    Did Christopher Wing act maliciously or wantonly in violating Tayvin Galanakis's rights?

Answer: Yes __X__ No _____

6

IF YOU ANSWERED "YES," PROCEED TO THE NEXT QUESTION. IF YOU ANSWERED "NO," PROCEED TO THE SIGNATURE PAGE.

(4)    Do you award punitive damages against Christopher Wing?

Answer: Yes __X__ No _____

If yes, in what amount?

Answer: $ _30,000_
(Fill in Dollar Figure)

These Verdict Forms reflect the unanimous findings of the jury.

Signed: _____
(Jury Foreperson)

Dated: 6/4/    , 2026