# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

TAYVIN GALANAKIS,

        Plaintiff(s),

v.

CITY OF NEWTON, IOWA; NATHAN
WINTERS, and CHRISTOPHER WING,
individually and in their official capacities
with the Newton Police Department,

        Defendant(s),

**CIVIL NUMBER: 4:23-cv-00044-SHL-SBJ**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED:

In accordance with the unanimous verdict of the jury, judgment is entered: (i) in favor of Plaintiff and against Defendants Winters and Wing in the amount of $10,000 on Plaintiff's § 1983 claim; (ii) in favor of Plaintiff and against Defendants Winters, Wing, and the City of Newton in the amount of $10,000 on Plaintiff's false arrest claim; (iii) in favor of Plaintiff and against Defendant Winters in the amount of $55,000 on Plaintiff's punitive damages claim; and (iv) in favor of Plaintiff and against Defendant Wing in the amount of $30,000 on Plaintiff's punitive damages claim.

Dated this 5th day of June, 2026.

CLERK, U.S. DISTRICT COURT

/s/  M. Mast

By: Deputy Clerk