**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **TAYVIN GALANAKIS,**<br>    Plaintiff,<br><br>v.<br><br>**CITY OF NEWTON, IOWA, et al.,**<br>    Defendants. | **CASE NO. 4:23-cv-00044** |
| **NATHAN WINTERS AND CHRISTOPHER WING,**<br>    Counterclaim Plaintiffs,<br><br>v.<br><br>**TAYVIN GALANAKIS,**<br>    Counterclaim Defendant. | **SATISFACTION OF JUDGMENT** |

COMES NOW the Plaintiff Tayvin Galanakis and gives notice to the Court that the judgment against Defendants City of Newton, et al. has been satisfied in its entirety.

BOLES WITOSKY STEWART LAW PLLC

BY:_____/s/ Matthew M. Boles_____
          Matthew M. Boles            AT0001037
          Adam C. Witosky            AT0010436
          Christopher Stewart        AT0013127
          2015 Grand Avenue, Ste. 200
          Des Moines, Iowa 50312
          Telephone:      (515) 235-0551
          Facsimile:      (515) 243-3696
          Email:    matt@bwsiowa.com
                      adam@bwsiowa.com

2

chris@bwsiowa.com

**ATTORNEYS FOR PLAINTIFF/**
**COUNTERCLAIM DEFENDANT**

<u>**PROOF OF SERVICE**</u>

      The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on August 4, 2026. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

      Copies have been provided to all registered parties because once the document is posted, those parties are able to view and download the presented or filed document.

     /s/ Tami Fairchild